UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Index No: 07 Civ. 7313

Francisco Rodas, Individually
and on behalf of others similarly situated,

                    Plaintiffs,

CONSENT

      -against-

PARK IT MANAGEMENT CORP.,
211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" SPINDLER aka
FRED "FREDDY" WHITE, ROY SHOMBER
aka ROY BERNARD, and MITCHELL GERBER,

                    Defendants.
-------------------------------------------------------------X

I, Francisco Rodas, under penalty of perjury, hereby declare as follows:

1.     I consent to be the Plaintiff in this action.

2.     I understand that there is a claim in this action for discrimination and overtime

       pay under the Fair Labor Standards Act.

I, Francisco Rodas, declare under penalty of perjury that the foregoing is true and correct.

Dated:  09/28/07
       New York, New York

By: _____
           Francisco Rodas