UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Francisco Rodas, Individually
and on behalf of others similarly situated,                    07 CV 7313

                              Plaintiff,

        -against-                                  STIPULATION

PARK IT MANAGEMENT CORP.,
 211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" SPINDLER aka
FRED "FREDDY" WHITE, ROY SHOMBER
aka ROY BERNARD, and MITCHELL GERBER,

                              Defendants.

                              Defendants.
------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys that defendants accept service of the Summons and Complaint in this matter.

        A facsimile copy of the signatures on this stipulation shall be deemed original.

Dated: New York, New York
        October 18, 2007


        Michael Shen & Associates, P.C.            Certilman Balin Adler & Hyman

By: _____           By: _____
        Michael Shen (MS 5714)                     Douglas E. Rowe, Esq.
        Attorney for Plaintiff                     Attorneys for Defendants
        225 Broadway, Suite 2515                   90 Merrick Avenue
        New York, NY  10007                        East Meadow NY 11554
        (212) 227 - 0300                           (212) 781 - 4808