UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JHONY SANTIAGO CABRERA, Individually
and on behalf of others similarly situated,

                                Plaintiffs,

   -against-

211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
PARK IT MANAGEMENT CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" WHITE, and
ROY BERNARD,

                                Defendants.
--------------------------------------------------------X

05 CV 2272

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Francisco Rodas, Individually
and on behalf of others similarly situated,

                                Plaintiff,

   -against-

PARK IT MANAGEMENT CORP.,
211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" SPINDLER aka
FRED "FREDDY" WHITE, ROY SHOMBER
aka ROY BERNARD, and MITCHELL GERBER,

                                Defendants.

                                Defendants.
--------------------------------------------------------X

07 CV 7313

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that, the two cases above captioned are hereby consolidated..

A facsimile copy of the signatures on this stipulation shall be deemed original.

Dated: New York, New York
October 18, 2007

**Michael Shen & Associates, P.C.**

By: _____
Michael Shen (MS 5714)
Attorney for Plaintiff
225 Broadway, Suite 2515
New York, NY 10007
(212) 227 - 0300

**Certilman Balin Adler & Hyman**

By: _____
Douglas E. Rowe, Esq.
Attorneys for Defendants
90 Merrick Avenue
East Meadow NY 11554
(212) 781 - 4808

SO ORDERED: NOV 0 5 2007

_____
HON. GEORGE B. DANIELS