```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Index No: 00Civ.
JHONY SANTIAGO CABRERA, Individually
and on behalf of others similarly
situated,

                Plaintiffs,
                                                        CONSENT

        -against-


211 GARAGE CORP., 301 PARK CORP.,
PARK IT MANAGEMENT CORP. and
FRED "FREDDY" WHITE, ROY BERNARD.

                Defendants.
----------------------------------------X
                    CONSENT

State of New York   )
                    ) ss.:
County of New York  )
```

I, Jhony Santiago Cabrera, being duly sworn, state that I consent to be the Plaintiff in this action, and understand that there is a claim in this action for discrimination and overtime pay under the Fair Labor Standards Act.

_____
Jhony Santiago Cabrera

Sworn to before me this 16
day of February, 2005

_____
Notary Public

Michael Shen
Notary Public, State of New York
No. 01-4937669
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 06/19 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X      Index No: 07 Civ. 7313
Francisco Rodas, Individually
and on behalf of others similarly situated,

                              Plaintiffs,

                                                                           <u>CONSENT</u>

            -against-

PARK IT MANAGEMENT CORP.,
211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" SPINDLER aka
FRED "FREDDY" WHITE, ROY SHOMBER
aka ROY BERNARD, and MITCHELL GERBER,

                              Defendants.
---------------------------------------------------------X

I, Francisco Rodas, under penalty of perjury, hereby declare as follows:

1.    I consent to be the Plaintiff in this action.

2.    I understand that there is a claim in this action for discrimination and overtime pay under the Fair Labor Standards Act.

I, Francisco Rodas, declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/28/07
New York, New York           By: _____
                                                      Francisco Rodas