## NYS-45-ATT — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015113

0410-0025 NY 04097 TAXPAY*
UI Employer Registration Number 7066417 5
Withholding Identification Number 133345593 1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:
☐ Jan 1–Mar 31 (1) ☐ Apr 1–Jun 30 (2) ☐ Jul 1–Sep 30 (3) ☐ Oct 1–Dec 31 (4) Year Y Y
Check applicable box(es):
B. Other wages only reported on this page .....
C. If seasonal employer, check box .............

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | GONZALEZ GIOVANNI | 3485.00 | | |
| 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 | GUZMAN GABRIEL JAIME | 3840.00 | | |
| 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 | EVANS ALONZO | 4120.00 | | |
| 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 | ALTIMARANO NELSON | 4637.50 | | |
| 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 | SINGH NADER | 3350.00 | | |
| 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 | SPINDLER FRED | 7126.20 | | |
| 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 | RAMIREZ RICHARD A | 5420.00 | | |
| 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 | MIKHAIL EMAD | 3195.00 | | |
| 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 | CHESNEZ RAFAEL | 6160.00 | | |
| 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 | YOUSSEF TAHAR | 6271.25 | | |
| 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 | SERANO RICARDO | 3120.00 | | |
| 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 | BUITRAGO ALEJANDRO | 5560.00 | | |
| 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 | DE LA CRUZ JUAN | 6160.00 | | |
| 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 | PERLAZA HORACIO | 5100.00 | | |

Page No. 1 of 8  Total this page only ___ 59447.55

If first page, enter grand totals of all pages .........

Paid Preparer's Use: REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET, WEST HENRIETTA, NY 14586-9199
16-1124166
Mail to: NYS EMPLOYMENT TAXES, PO BOX 1417, CHURCH STREET STATION, NEW YORK NY 10008-1417

---

## NYS-45-ATT — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0410-0025 NY 04097 TAXPAY*
UI Employer Registration Number 7066417 5
Withholding Identification Number 133345593 1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | HAMDID HESHMAT | 1300.00 | | |
| 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 | ACEVEDO JOHN | 4125.00 | | |
| 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 | RAMOON SABASTIAN | 3840.00 | | |
| 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 | MONTALBANO LORRAINE | 4810.00 | | |
| 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 | HABIB SAMIR F | 5533.75 | | |
| 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 | PENA LOUIS FERNANDO | 3865.00 | | |
| 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 | GEZHEL WALTER | 3640.00 | | |
| 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 | GARCIA ANGEL | 1150.00 | | |
| 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 | ISHAC REFAAT B | 280.00 | | |
| 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 | MASSEY BANY | 2605.00 | | |
| 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 | BERMEO ADRIAN | 3650.00 | | |
| 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 | NERMATEL EHAB | 3195.00 | | |
| 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 | HANA PETER | 3195.00 | | |
| 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 | GRAJALES GUSTAVO | 3300.00 | | |

Page No. 5 of 8  Total this page only 44698.75

Paid Preparer's Use: REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET, WEST HENRIETTA, NY 14586-9199
16-1124166

---

## NYS-45-ATT — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0410-0025 NY 04097 TAXPAY*
UI Employer Registration Number 7066417 5
Withholding Identification Number 133345593 1

Employer Legal Name
PARK IT MANAGEMENT CORP

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | RODRIGUEZ JUNIOR | 3120.00 | | |
| 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 | GOMEZ HERNAN | 3790.00 | | |
| 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 | ROJAS FREDDY | 4000.00 | | |
| 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 | ARBELAEZ TULIO | 2260.00 | | |
| 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 | ROJAS LUIS JAVIER | 4500.00 | | |
| 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 | CASANOVA JULIO | 5420.00 | | |
| 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 | TORO ALEXANDER | 3630.00 | | |
| 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 | GUZMAN JORGE I | 3477.50 | | |
| 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 | GIORGIS MICHEL | 6060.00 | | |
| 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 | CAMACHO JOHN | 2985.00 | | |
| 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 | TANZAZO JORGE | 780.00 | | |
| 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 | CANSELL AUDREY | 3840.00 | | |
| 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 | MONTOYA FRANCISCO J | 3580.00 | | |
| 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 | ALTAMIRANO R FERNANDO | 3840.00 | | |

Page No. 7 of 8  Total this page only ___ 49568.50

Paid Preparer's Use: REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET, WEST HENRIETTA, NY 14586-9199
16-1124166

---

## NYS-45-ATT — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0410-0025 NY 04097 TAXPAY*
UI Employer Registration Number 7066417 5
Withholding Identification Number 133345593 1

Employer Legal Name
PARK IT MANAGEMENT CORP

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | URETLES WILMER | 4020.00 | | |
| 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 | ENRIQUEZ MIGUEL | 3900.00 | | |
| 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 | SANCHEZ SALVADOR GUESNER | 3780.00 | | |
| 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 | RODAS FRANCISCO | 3610.00 | | |
| 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 | RODRIGUEZ DIANA | 9720.00 | | |
| 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 | MEDINA SEGUNDO | 2510.00 | | |
| 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 | LOPEZ MARVIS | 3120.00 | | |
| 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 | JARAMILLO JOHN FREDDY | 3900.00 | | |
| 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 | URGELLS GUILLERMO | 3120.00 | | |
| 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 | QUINTEROS SEGUNDO | 2860.00 | | |

Page No. 8 of 8  Total this page only 41260.00

Paid Preparer's Use: REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET, WEST HENRIETTA, NY 14586-9199
16-1124166

## Form 1 (top left) — W-2c / W-3c

DO NOT CUT, FOLD OR STAPLE
For Official Use Only ▶

**a** Tax year/Form corrected: 2003 / W-2    55555

**c** Employer's name, address, and ZIP code
PARK IT MANAGEMENT CORP
250 W 26TH STREET
NEW YORK, NY 10001

**d** Number of Forms W-2c: 4

**e** Employer's Federal EIN: 13-3949590
**b** Employer's incorrect Federal EIN

| | Previously reported | Correct information |
|---|---|---|
| Total of amounts previously reported as shown on enclosed Forms W-2c | | Total of corrected amounts as shown on enclosed Forms W-2c |
| **1** Wages, tips, other compensation | 43220.00 | 43220.00 |
| **3** Social security wages | 43220.00 | 43220.00 |
| **5** Medicare wages and tips | 43220.00 | 43220.00 |
| **7** Social security tips | | |
| **9** Advance EIC payments | | |
| **11** Nonqualified plans | | |
| **14** Inc. tax W/H by 3rd party sick pay payer | | |
| **16** State wages, tips, etc. | 43220.00 | 43220.00 |
| **18** Local wages, tips, etc. | 43220.00 | 43220.00 |

| Previously reported | Correct information |
|---|---|
| **2** Federal income tax withheld 334.92 | 334.92 |
| **4** Social security tax withheld 2679.64 | 2679.64 |
| **6** Medicare tax withheld 626.70 | 626.70 |
| **8** Allocated tips | |
| **10** Dependent care benefits | |
| **12a** (Coded items) | 12a (Coded items) |
| **17** State income tax 421.03 | 421.03 |
| **19** Local income tax 359.59 | 359.59 |

Explain decreases here:

Has an adjustment been made on an employment tax return filed with the Internal Revenue Service?
If "Yes", give date the return was filed ▶    Yes ☐  No ☐

Signature ▶    Title ▶ CPA    Date ▶
Contact person: DENISE CRISENTI
E-mail address:
Telephone number: 516 227-2525
Fax number: 516 227-2548
For Official Use Only    0 0 0 0 / 1034

### Purpose of Form

Use this form to transmit Copy A of Form(s) W-2c, Corrected Wage and Tax Statement (Rev. 12-2002). Make a copy of Form W-2c and keep it with Copy D (For Employer) of Forms W-2c for your records. File Form W-2c even if only one Form W-2c is being filed or if those Forms W-2c are being filed only to correct an employee's name or social security number (SSN). See the separate instructions for Forms W-2c and W-3c (Rev. December 2002) for information on completing this form.

### When To File

File this form and Copy A of Form(s) W-2c with the Social Security Administration as soon as possible after you discover an error on Forms W-2, W-2AS, W-2GU, W-2CM, or W-2VI. Also provide Forms B, C, and D of Form W-2c to your employees as soon as possible.

Form W-3c (Rev. 12-2002)  Transmittal of Corrected Wage and Tax Statements
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
39-1902647    Copyright 2002 Greatland/Nelco - Forms Software Only

### Where To File

If you use the U.S. Postal Service, send Forms W-2c and W-3c to the following address:

Social Security Administration
Data Operations Center
P.O. Box 3333
Wilkes-Barre, PA 18767-3333

If you use a carrier other than the U.S. Postal Service, send Forms W-2c and W-3c to the following address:

Social Security Administration
Data Operations Center
Attn: W-2c Process
3184 E. Mountain Drive
Wilkes-Barre, PA 18702-7997

Department of the Treasury
Internal Revenue Service

---

## Form 2 (top right) — W-2c

**a** Tax year/Form corrected: 2003 /W-2    OMB No. 1545-0008
**b** Employer's correct SSN: 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
**e** Employee's first name and initial   Last name
MILTON    GONZALEZ
41-34 49TH STREET
SUNNYSIDE, NY 11104

**c** Corrected name ☐
**d** Employer's Federal EIN: 13-3949590
**e** Employer's name, address, and ZIP code
PARK IT MANAGEMENT CORP
250 W 26TH STREET
NEW YORK, NY 10001

**f** Employee's address and ZIP code
**g** Complete boxes h and/or i only if incorrect on last form filed. ▶
**h** Employee's incorrect SSN
**i** Employee's name (as incorrectly shown on previous form)

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other comp. 43220.00 | 14840.00 | **2** Federal income tax withheld 334.92 | 86.45 |
| **3** Social security wages 43220.00 | 14840.00 | **4** Social security tax withheld 2679.64 | 920.08 |
| **5** Medicare wages and tips 43220.00 | 14840.00 | **6** Medicare tax withheld 626.70 | 215.18 |
| **7** Social security tips | | **8** Allocated tips | |
| **9** Advance EIC payment | | **10** Dependent care benefits | |
| **11** Nonqualified plans | | **12a** See instructions for box 12 | 12a See instructions for box 12 |
| **13** | | **12b** | 12b |
| **14** Other (see instructions) NYSDI 93.00 | 33.60 | **12c** | 12c |
| | | **12d** | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State NY | 15 State NY | **16** State wages, tips, etc. | 16 State wages, tips, etc. |
| Employer's state ID number 13-3949590 | 13-3949590 | Employer's state ID number | |
| **16** State wages, tips, etc. 43220.00 | 14840.00 | | |
| **17** State income tax 421.03 | 152.48 | **17** State income tax | 17 State income tax |

**Locality Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. 43220.00 | 14840.00 | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| **19** Local income tax 359.59 | 126.75 | 19 Local income tax | 19 Local income tax |
| **20** Locality name NYC | 20 Locality name NYC | 20 Locality name | 20 Locality name |

Form W-2c (Rev. 12-2002)    Corrected Wage and Tax Statement    Copy D — For Employer
39-1902647    82278   NTP 3900578   Copyright 2002 Greatland/Nelco - Forms Software Only    Department of the Treasury Internal Revenue Service

---

## Form 3 (bottom left) — W-2c

**a** Tax year/Form corrected: 2003 /W-2    OMB No. 1545-0008
**b** Employee's correct SSN: 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
**c** Corrected name ☐
**e** Employer's Federal EIN: 13-3949590
**e** Employee's first name and initial   Last name
EUGENIO    LOYOLA
5411 4TH AVENUE  APT 1
BROOKLYN, NY 11220

**e** Employer's name, address, and ZIP code
PARK IT MANAGEMENT CORP
250 W 26TH STREET
NEW YORK, NY 10001

**f** Employee's address and ZIP code
**g** Complete boxes h and/or i only if incorrect on last form filed. ▶
**h** Employee's incorrect SSN
**i** Employee's name (as incorrectly shown on previous form)

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other comp. 0.00 | 15650.00 | **2** Federal income tax withheld 0.00 | 207.72 |
| **3** Social security wages 0.00 | 15650.00 | **4** Social security tax withheld 0.00 | 970.30 |
| **5** Medicare wages and tips 0.00 | 15650.00 | **6** Medicare tax withheld 0.00 | 226.93 |
| **7** Social security tips | | **8** Allocated tips | |
| **9** Advance EIC payment | | **10** Dependent care benefits | |
| **11** Nonqualified plans | | **12a** See instructions for box 12 | 12a See instructions for box 12 |
| **13** | | **12b** | 12b |
| **14** Other (see instructions) NYSDI 0.00 | 31.20 | **12c** | 12c |
| | | **12d** | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State NY | 15 State NY | **16** State wages, tips, etc. | 16 State wages, tips, etc. |
| Employer's state ID number 13-3949590 | 13-3949590 | Employer's state ID number | |
| **16** State wages, tips, etc. 0.00 | 15650.00 | | |
| **17** State income tax 0.00 | 183.59 | **17** State income tax | 17 State income tax |

**Locality Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. 0.00 | 15650.00 | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| **19** Local income tax 0.00 | 147.08 | 19 Local income tax | 19 Local income tax |
| **20** Locality name NYC | 20 Locality name NYC | 20 Locality name | 20 Locality name |

Form W-2c (Rev. 12-2002)    Corrected Wage and Tax Statement    Copy D — For Employer
39-1902647    82278   NTP 3900578   Copyright 2002 Greatland/Nelco - Forms Software Only    Department of the Treasury Internal Revenue Service

---

## Form 4 (bottom right) — W-2c

**a** Tax year/Form corrected: 2003 /W-2    OMB No. 1545-0008
**b** Employee's correct SSN: 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
**c** Corrected name ☐
**e** Employer's Federal EIN: 13-3949590
**e** Employee's first name and initial   Last name
RUBEN    RETUALES
104-59 41 AVENUE
QUEENS, NY

**e** Employer's name, address, and ZIP code
PARK IT MANAGEMENT CORP
250 W 26TH STREET
NEW YORK, NY 10001

**f** Employee's address and ZIP code
**g** Complete boxes h and/or i only if incorrect on last form filed. ▶
**h** Employee's incorrect SSN
**i** Employee's name (as incorrectly shown on previous form)

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other comp. 0.00 | 12730.00 | **2** Federal income tax withheld 0.00 | 40.75 |
| **3** Social security wages 0.00 | 12730.00 | **4** Social security tax withheld 0.00 | 789.26 |
| **5** Medicare wages and tips 0.00 | 12730.00 | **6** Medicare tax withheld 0.00 | 184.59 |
| **7** Social security tips | | **8** Allocated tips | |
| **9** Advance EIC payment | | **10** Dependent care benefits | |
| **11** Nonqualified plans | | **12a** See instructions for box 12 | 12a See instructions for box 12 |
| **13** | | **12b** | 12b |
| **14** Other (see instructions) NYSDI 0.00 | 31.20 | **12c** | 12c |
| | | **12d** | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State NY | 15 State NY | **16** State wages, tips, etc. | 16 State wages, tips, etc. |
| Employer's state ID number 13-3949590 | 13-3949590 | Employer's state ID number | |
| **16** State wages, tips, etc. 0.00 | 12730.00 | | |
| **17** State income tax 0.00 | | **17** State income tax | 17 State income tax |

**Locality Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. 0.00 | 12730.00 | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| **19** Local income tax 0.00 | 85.76 | 19 Local income tax | 19 Local income tax |
| **20** Locality name NYC | 20 Locality name NYC | 20 Locality name | 20 Locality name |

Form W-2c (Rev. 12-2002)    Corrected Wage and Tax Statement    Copy D — For Employer
39-1902647    82278   NTP 3900578   Copyright 2002 Greatland/Nelco - Forms Software Only    Department of the Treasury Internal Revenue Service

## Form W-2c (Corrected Wage and Tax Statement) 2003

a Tax year/Form corrected
2003 W-3

b Employee's correct SSN
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

c Corrected check box

d Employee's Federal EIN
13-3949590

e Employee's first name and initial    Last name
FRED                 SPINDLER

919 PARK COURT
N WOODMERE, NY  11581

f Employee's address and ZIP code

Employer's Federal EIN
13-3949590

Employer's name, address, and ZIP code
PARK IT MANAGEMENT CORP
250 W 26TH STREET
NEW YORK, NY  10001

g Employee's incorrect SSN
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

h Employer's name (as incorrectly shown on previous form)

| | Previously reported | Correct information | | Previously reported | Correct information |
|---|---|---|---|---|---|
| 1 | Wages, tips, other compensation | 1 Wages, tips, other compensation | 2 | Federal income tax withheld | 2 Federal income tax withheld |
| 3 | Social security wages | 3 Social security wages | 4 | Social security tax withheld | 4 Social security tax withheld |
| 5 | Medicare wages and tips | 5 Medicare wages and tips | 6 | Medicare tax withheld | 6 Medicare tax withheld |
| 7 | Social security tips | 7 Social security tips | 8 | Allocated tips | 8 Allocated tips |
| 9 | Advance EIC payment | 9 Advance EIC payment | 10 | Dependent care benefits | 10 Dependent care benefits |
| 11 | Nonqualified plans | 11 Nonqualified plans | 12a | See instructions for box 12 | 12a See instructions for box 12 |

### State Correction Information

| | Previously reported | Correct information | | Previously reported | Correct information |
|---|---|---|---|---|---|
| 15 | State | 15 State | 15 | State | 15 State |
| | Employer's state ID number | Employer's state ID number | | Employer's state ID number | Employer's state ID number |
| 16 | State wages, tips, etc. | 16 State wages, tips, etc. | 16 | State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 | State income tax | 17 State income tax | 17 | State income tax | 17 State income tax |

### Locality Correction Information

| | Previously reported | Correct information | | Previously reported | Correct information |
|---|---|---|---|---|---|
| 18 | Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 | Local wages, tips, etc. | 18 Local wages, tips, etc. |
| 19 | Local income tax | 19 Local income tax | 19 | Local income tax | 19 Local income tax |
| 20 | Locality name | 20 Locality name | 20 | Locality name | 20 Locality name |

Form W-2c (Rev. 12-2002)    Corrected Wage and Tax Statement    Copy D — For Employer

---

## Form W-3 Transmittal of Wage and Tax Statements 2003

Control number
0430-C025        33333

| | | Wages, tips, other compensation | Federal income tax withheld |
|---|---|---|---|
| Kind of Payer | | 1731370.90 | 127145.25 |
| | | 3 Social security wages | 4 Social security tax withheld |
| Total number of Forms W-2 | | 1630970.90 | 101616.33 |
| | 331 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | 1731370.90 | 25105.72 |

Employer identification number
13-3949590

Employer's name
PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

Telephone number
212 929-9401

Form W-3 Transmittal of Wage and Tax Statements    2003    Department of the Treasury Internal Revenue Service

## DO NOT FILE

### YOUR FEDERAL W-2 & W-3 DATA
### IS FILED ON MAGNETIC MEDIA

04007  TAXPATE  C025

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

3761-052200
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     12.00

TEE
2105 26TH ST
EAST ELMHURST NY 11369

WT  133949590    4400.00    13.00    4400.00

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

42-501200
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     31.39

JIMMY ACEVEDO
6160 DITMAR STREET
APT A-K
ELMHURST NY 11572

WT  133949590    15390.00    293.18    15290.00    178.89 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

B-900200
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     31.30

FELIPE ACOSTA
1484 SEPTEMBER AVE
STATEN ISLAND NY 10303

WT  133949590    16920.00    332.92    16920.00    210.81 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

7093-002700
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT201     26.40

J FERNANDO ALTAGRANO
366 WEST 17TH ST
NEW YORK NY 10028

WT  133949590    12740.00    195.40    12240.00    134.98 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

119-901400
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     34.40

WILSON ALONGIANO
89-15 41ST AVE #3168
CORONA NY 11368

WT  133949590    13790.00    255.44    13790.00    177.55 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

B230-001100
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT201     22.90

WILSON ALTONGARO
89-15 41ST AVE
QUEENS NY 11265

WT  133949590    11123.80    187.31    11123.80    127.48 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

8137-002800
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     6.60

JORGE ALVAREZ
40-17 70TH ST
WOODSIDE NY 11240

WT  133949590    360.00    3.47    360.00    2.46 NY NYC

---

## Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

9431-002800
13-3949590        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

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY  10001

WT202     30.40

GERMAN ANDRADE
NY

WT  133949590    15716.23    347.07    15716.23    198.12 NY NYC

PAGE  2

Form W-2 Wage and Tax Statement 2003 — EMPLOYER REFERENCE COPY — DO NOT FILE

Form W-2 Wage and Tax Statement 2003 — EMPLOYER REFERENCE COPY – DO NOT FILE

Form W-2 Wage and Tax Statement 2003 — EMPLOYER REFERENCE COPY — DO NOT FILE

(multiple W-2 Wage and Tax Statement forms, 2003, marked "EMPLOYER REFERENCE COPY — DO NOT FILE," referencing PARK IT MANAGEMENT CORP, 330 W 34TH ST, NEW YORK NY 10001 — individual amounts illegible)

Form W-2 Wage and Tax Statement 2003   EMPLOYER REFERENCE COPY — DO NOT FILE

Form W-2 Wage and Tax Statement 2003 — EMPLOYER REFERENCE COPY – DO NOT FILE

Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY — DO NOT FILE

*(Multiple W-2 Wage and Tax Statement forms for 2003, marked "EMPLOYER REFERENCE COPY — DO NOT FILE", employer PARK IT MANAGEMENT CORP, 230 W 14TH ST, NEW YORK NY 10001. Individual figures and names illegible at this resolution.)*

Form W-2 Wage and Tax Statement 2003    EMPLOYER REFERENCE COPY – DO NOT FILE

Form W-2 Wage and Tax Statement 2003 — EMPLOYER REFERENCE COPY - DO NOT FILE

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY 10001

13-3949390

(Multiple W-2 forms with barely legible employee and wage data)

Form 941
Rev. January 2003
Department of the Treasury - Internal Revenue Service

Employer's Quarterly Federal Tax Return
See separate instructions for information on completing this return.
Please type or print.

PARK IT MANAGEMENT CORP
250 W 26TH ST
NEW YORK NY 10001

DEC 31  2003

13-3949390

Sign Here   Signature ▶ DO NOT FILE   Print Name   ATTY-IN-FACT   Date ▶ 03/07/04

Form 941 (Rev. 1-2003)

## SCHEDULE B (FORM 941)

**Employer's Record of Federal Tax Liability**

► See Circular E for more information about employment tax returns.
► Attach to Form 941 or Form 941-SS.

OMB No. 1545-0029

Employer identification number **13-3949590**

PARK IT MANAGEMENT CORP

DEC 31 2003

You must complete this schedule if you are required to deposit on a semiweekly schedule, or if your tax liability on any day is $100,000 or more. Show tax liability here, not deposits. The IRS gets deposit data from FTD coupons or EFTPS.

### A. Daily Tax Liability—First Month of Quarter

| 1 | 8 | 15 | 22 | 29 |
|---|---|---|---|---|
| 2 | 9 | 16 | 23 | 30 |
| 3 771b 23 | 10 | 17 7152 85 | 24 L748 87 | 31 L4?4 9L |
| 4 | 11 | 18 | 25 | |
| 5 | 12 | 19 | 26 | |
| 6 | 13 | 20 | 27 | |
| 7 | 14 | 21 | 28 | |

A Total tax liability for first month of quarter ► A **33312 L7**

### B. Daily Tax Liability—Second Month of Quarter

| 1 | 8 | 15 | 22 | 29 |
|---|---|---|---|---|
| 2 | 9 | 16 | 23 | 30 |
| 3 | 10 | 17 | 24 | 31 |
| 4 | 11 | 18 | 25 | |
| 5 | 12 | 19 | 26 | |
| 6 | 13 | 20 | 27 | |
| 7 L8L4 b1 | 14 L732 53 | 21 782b 27 | 28 7080 85 | |

B Total tax liability for second month of quarter ► B **27552 T2L**

### C. Daily Tax Liability—Third Month of Quarter

| 1 | 8 | 15 | 22 | 29 |
|---|---|---|---|---|
| 2 | 9 | 16 | 23 | 30 |
| 3 | 10 | 17 | 24 | 31 |
| 4 | 11 | 18 | 25 | |
| 5 7230 50 | 12 74bb 93 | 19 7377 bb | 26 9511 b9 | |
| 6 | 13 | 20 | 27 | |
| 7 | 14 | 21 | 28 | |

C Total tax liability for third month of quarter ► C **3135L 77b**
D Total for quarter (add lines A, B, and C). This should equal amount shown on line 13 of Form 941 (or line 15 of Form 941-SS) ► D **9568S L54**

For Paperwork Reduction Act Notice, see page 2.   Schedule B (Form 941) (Rev. 1-2000)

---

### NYS-45 (4/04)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return**

UI Employer Registration Number **7066417 5**
Withholding Identification Number **133949590**

Due Date: 013104

Employer Legal Name
PARK IT MANAGEMENT CORP

0d1A-C025 D4007 TAXPAY*
**60015112**

Number of Employees
a. First month **97**   b. Second month **98**   c. Third month **97**

**Part A - Unemployment Insurance (UI) Information**

| 1. Total remuneration paid this quarter | 438463.00 |
|---|---|
| 2. Remuneration paid in excess of UI wage base since January 1... | 381089.00 |
| 3. Wages subject to contribution | 57374.00 |
| 4. UI contributions due | 1448.69 |
| 5. Reemployment service fund | 43.03 |
| 6. UI previously underpaid with interest | 0.00 |
| 7. Total of lines 4, 5, and 6 | 1491.72 |
| 8. Enter UI previously overpaid | 0.00 |
| 9. Total UI amount due | 1491.72 |

**Part B - Withholding Tax (WT) Information**

| 12. New York State tax withheld | 13820.00 |
| 13. City of New York tax withheld | 5607.52 |
| 14. City of Yonkers tax withheld | 0.00 |
| 15. Total tax withheld (add lines 12, 13 and 14) | 15487.51 |
| 16. WT previously underpaid | 0.00 |
| 17. NYS-1 payments made | 15957.62 |
| 18. Total payments | 15957.62 |
| 19. Total WT amount due | 529.99 |
| 20. Total WT overpaid | 0.00 |

AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX   **2021.71**
Complete parts D and E on back of form, if required.

**Part C - Employee Wage and Withholding Information**

WAGES FILED ON MAGNETIC TAPE

REFERENCE COPY PREPARED BY PAYCHEX   DO NOT FILE

5853387600

---

### NYS-45-ATT (4/04)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

0d1A-C025 M7   D4007   TAXPAY#
UI Employer Registration Number **7066417 5**
Withholding Identification Number **133949590**

**60015112**

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
II. Other wages only reported on this page .......
C. If seasonal employer, check box ..........

#### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| | GONZALEZ HILTEN | 10625.00 | 270.00 | 780.62 |
| | RIVERA WALTER | 0.00 | | 2.73 |
| 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 | ALVAREZ JOSDE | 0.00 | 240.00 | 5.84 |
| 030-05-186B | GALLEGOS TELMO | 4737.50 | 14707.60 | 429.17 |
| 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 | QUINTEROS MANUEL | 0.00 | 5622.50 | 217.47 |
| 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 | ROJAS MARCELLO | 2560.00 | 4540.00 | 58.74 |
| 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 | PAICA JOEL | 2220.00 | 5860.00 | 98.78 |
| 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 | CORREA RAUL | 0.00 | 2320.00 | 52.15 |
| 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 | QUINTEROS WILSON | 2604.00 | 2840.00 | 15.80 |
| 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 | COMPUZANO JULIO CESAR | 2840.00 | 14140.00 | 143.27 |
| 043-84-A381 | SALAZAR OSCAR | 4731.25 | 11421.26 | 382.92 |
| 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 | ANDRADE GERMAN | 6165.25 | 15216.25 | 273.19 |
| 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 | PINCE WALTER | 0.00 | 2350.00 | 58.65 |
| 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 | GERBER MITCHELL | 5575.00 | 22250.00 | 1110.23 |

Page No. 1 of 10   Total this page only _____ 42474.00   151727.50   3639.46
If first page, enter grand totals of all pages _____ 438462.95   1731370.08   67529.39

REFERENCE COPY PREPARED BY PAYCHEX   DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET
WEST HENRIETTA, NY
MAIL TO: NYS DEPARTMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417
16-1124165

---

### NYS-45-ATT (4/04)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

0d1A-C025 M7   D4007   TAXPAY#
UI Employer Registration Number **7066417 5**
Withholding Identification Number **133949590**

**60015112**

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
II. Other wages only reported on this page .......
C. If seasonal employer, check box ..........

#### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | CARDENAS IVAN WILFREDO | 3125.00 | 12960.00 | 122.10 |
| 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 | DUARTE MANUEL | 3750.00 | 16440.00 | 223.72 |
| 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 | ROMERO VIRGILIO | 0.00 | 485.00 | 11.68 |
| 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 | LUNA WALTER | 3220.00 | 14000.00 | 436.49 |
| 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 | CERMUSSEN JOSE MIGUEL | 3055.00 | 4530.00 | 110.25 |
| 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 | JIMENEZ FELIPE | 3580.00 | 7740.00 | 221.69 |
| 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 | FABIAN ROBERTO | 3524.00 | 5060.00 | 91.35 |
| 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 | LOPEZ JOSE V | 3280.00 | 14200.00 | 416.00 |
| 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 | GHILAN ASGHAR | 7600.00 | 25000.00 | 742.87 |
| 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 | DURAN RAFAEL | 4413.00 | 15620.00 | 529.79 |
| 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 | SANCHEZ SANTOS | 5059.00 | 15850.00 | 504.40 |
| 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 | FILPO RAUL | 3597.50 | 12567.50 | 357.52 |
| 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 | MALDONADO RICARDO | 7931.20 | 31771.38 | 1739.09 |
| 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 | MALDONADO MARCOS | 170.00 | 9290.00 | 100.23 |

Page No. 2 of 10   Total this page only _____ 52572.70   183594.26   5502.58
If first page, enter grand totals of all pages _____

REFERENCE COPY PREPARED BY PAYCHEX   DO NOT FILE
PAYCHEX, INC.
1175 JOHN STREET
WEST HENRIETTA, NY
MAIL TO: NYS DEPARTMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417
16-1124165

## Top Left Form

**NYS-45-ATT** (5/04)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0418-C025 NY  04007  TAXPAY*
UI Employer Registration Number   7066417  5
Withholding Identification Number   133949593  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
B. Other wages only reported on this page . . . . .
C. If seasonal employer, check box . . . . . . . .

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 067-02-49CB | ASTUDILLO WILLIAN | 0.00 | 4225.00 | 41.58 |
| 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 | CASTILLO FABIAN | 0.00 | 4840.00 | 45.90 |
| 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 | FANDALOS PETER | 0.00 | 8000.00 | 413.44 |
| 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 | DAELNUS SAXIB | 0.00 | 720.00 | 6.93 |
| 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 | LOYOLA FREDDY | 3080.00 | 11720.00 | 88.02 |
| 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 | TINEO FRANCISCO | 4925.00 | 16900.00 | 555.95 |
| 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 | BENEDINE ELVIS | 4150.00 | 14760.00 | 405.72 |
| 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 | CORONEL WILSON FERNANDO | 3120.00 | 12480.00 | 240.80 |
| 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 | BARAHONA RAUL | 7150.00 | 28700.00 | 886.50 |
| 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 | LOPEZ DENNISE ROSAS | 0.00 | 1680.00 | 20.93 |
| 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 | IBRAHIM MICHAT | 5200.00 | 19360.00 | 679.02 |
| 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 | DAVODD HASNAT P | 0.00 | 1200.00 | 30.72 |
| 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 | GEODMEZ ENRIQUE | 3120.00 | 11750.00 | 208.44 |
| 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 | CHERREZ FERNANDO | 5060.00 | 17930.00 | 217.35 |

Page No. 3 of   10  Total this page only _____   35605.00   154390.00   3840.72

If first page, enter grand totals of all pages _____

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

Payroll service name
PATCHEX, INC.

---

## Top Right Form

**NYS-45-ATT** (5/04)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0418-C025 NY  04007  TAXPAY*
UI Employer Registration Number   7066417  5
Withholding Identification Number   133949593  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
B. Other wages only reported on this page . . . . .
C. If seasonal employer, check box . . . . . . . .

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | BARRIOS WILLIAN | 3380.00 | 14300.00 | 227.56 |
| 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 | MOSES JOEL | 7181.20 | 31573.78 | 1845.95 |
| 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 | RAMIREZ JORGE | 0.00 | 3600.00 | 70.50 |
| 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 | AZIZ HADY FAYEX | 3840.00 | 16120.00 | 447.12 |
| 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 | POLANCO VICTOR | 3320.00 | 9300.00 | 194.58 |
| 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 | STEIN NASHAT | 970.00 | 970.00 | 21.00 |
| 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 | RIVERA WALTER | 3350.00 | 13000.00 | 153.98 |
| 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 | COMPOSAVO JOSE | 3140.00 | 5410.00 | 120.75 |
| 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 | FAJARDO CESAR | 3220.00 | 12725.00 | 298.46 |
| 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 | ACOSTA FELIPE | 4250.00 | 16850.00 | 532.50 |
| 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 | MARTE VICTOR | 4350.00 | 25162.00 | 900.68 |
| 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 | PEREZ CARLOS | 2750.00 | 11070.00 | 249.59 |
| 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 | HERRERA GERARDO | 4971.50 | 29562.32 | 1782.39 |
| 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 | SANCHEZ ALVARO | 4410.00 | 18400.00 | 349.96 |

Page No. 4 of   10  Total this page only _____   50192.80   225373.08   7085.38

If first page, enter grand totals of all pages _____

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

Payroll service name
PATCHEX, INC.

---

## Bottom Left Form

**NYS-45-ATT** (5/04)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0418-C025 NY  04007  TAXPAY*
UI Employer Registration Number   7066417  5
Withholding Identification Number   133949593  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
B. Other wages only reported on this page . . . . .
C. If seasonal employer, check box . . . . . . . .

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | SPINDLER GARY | 44850.00 | 179600.00 | 20529.66 |
| 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 | SPINDLER ADAM | 6850.00 | 23350.00 | 843.37 |
| 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 | BOAZIO JORGE | 4250.00 | 11400.00 | 245.98 |
| 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 | LUNA FREDDY | 0.00 | 7560.00 | 201.72 |
| 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 | DE JESUS JIMENEZ ANGEL | 3380.00 | 13220.00 | 231.78 |
| 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 | GALVEZ PATRICK | 0.00 | 1624.00 | 46.29 |
| 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 | FERNANDEZ JUAN C | 3550.00 | 4510.00 | 59.35 |
| 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 | GONZALEZ GIOVANNI | 3120.00 | 12480.00 | 302.68 |
| 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 | CRUZ FREDDY A | 0.00 | 6600.00 | 245.18 |
| 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 | GUZMAN GABRIEL JAIME | 4390.00 | 14270.00 | 255.91 |
| 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 | EVANS ALONZO | 4570.00 | 19190.00 | 711.20 |
| 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 | FERRER ROBINSON J | 0.00 | 4600.00 | 46.29 |
| 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 | ALTEMARANO WILSON | 4572.50 | 13172.50 | 314.99 |
| 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 | SIGHT NADER | 3120.00 | 12340.00 | 83.52 |

Page No. 5 of   10  Total this page only _____   82562.50   320665.50   24188.94

If first page, enter grand totals of all pages _____

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

Payroll service name
PATCHEX, INC.

---

## Bottom Right Form

**NYS-45-ATT** (5/04)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment

60015112

0418-C025 NY  04007  TAXPAY*
UI Employer Registration Number   7066417  5
Withholding Identification Number   133949593  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:

Check applicable box(es):
B. Other wages only reported on this page . . . . .
C. If seasonal employer, check box . . . . . . . .

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | ALTAMIRANO WILSON | 4572.50 | 13672.50 | 404.70 |
| 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 | SPINDLER FRED | -7129.20 | 22484.40 | 7114.97 |
| 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 | PARRA DARIONE | 0.00 | 10296.00 | 211.17 |
| 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 | RAMIREZ RICHARD A | 3840.00 | 16860.00 | 402.33 |
| 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 | MICHAEL ENAS | 3120.00 | 11520.00 | 272.00 |
| 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 | CHERREZ RAFAEL | 3520.00 | 21567.50 | 417.91 |
| 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 | YOUSSEF TARAK | 5557.50 | 23310.00 | 850.08 |
| 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 | SERANO RICARDO | 3320.00 | 13150.00 | 214.02 |
| 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 | SARAF SARIF L | 0.00 | 1200.00 | 30.72 |
| 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 | MELDEZET FIRDO | 0.00 | 2465.00 | 143.79 |
| 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 | DE LA CRUZ JUAN | 5470.00 | 17960.00 | 614.90 |
| 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 | PERLAZA HORACIO | 4425.00 | 18252.75 | 415.63 |
| 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 | ISHAQ JULIO | 0.00 | 7320.00 | 164.01 |
| 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 | LUNA DANIEL | 2480.00 | 12720.00 | 218.72 |

Page No. 5 of   10  Total this page only _____   43789.30   192815.99   13524.66

If first page, enter grand totals of all pages _____

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

Payroll service name
PATCHEX, INC.

## Top Left Form

NYS-45-ATT (5/01)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

60015112

0418-C025 NY  04007  TAXPAYER
UI Employer Registration Number  7056417  1
Withholding Identification Number  133549502  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:
Check applicable box(es):
B. Other wages only reported on this page
C. If seasonal employer, check box

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | ACEVEDO JONNY | 2830.00 | 15280.00 | 456.48 |
| 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 | BARZON SABASTIAN | 3640.00 | 33960.00 | 442.97 |
| 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 | MONTALBANO LORRAINE | 5310.00 | 16743.00 | 781.04 |
| 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 | CACONET MARCELLO | 2560.00 | 5653.00 | 119.16 |
| 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 | NASIR SANIB F | 5218.75 | 23951.25 | 965.04 |
| 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 | PENA LOUIS FERNANDO | 3540.00 | 13280.00 | 229.44 |
| 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 | GUDITL WALTER | 3840.00 | 14172.00 | 263.58 |
| 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 | GARCIA ANGEL | 0.00 | 560.00 | 9.21 |
| 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 | BALDOCCHI RAFAEL MARIO | 0.00 | 3129.00 | 31.58 |
| 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 | RIVERA HENRY | 0.00 | 6720.00 | 68.04 |
| 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 | WASSEF RANY | 1440.00 | 1440.00 | 35.04 |
| 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 | BERNID ARTURO | 3740.00 | 5420.00 | 26.41 |
| 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 | KIDNALTEL EHAB | 3120.00 | 5525.00 | 79.81 |
| 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 | HANA PETER | 1440.00 | 1440.00 | 35.04 |

Page No. 7  of  10   Total this page only
If first page, enter grand totals of all pages

38078.75  129752.25  3542.25

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

PATCHEY, INC.
1175 JOHN STREET
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

16-1124156

---

## Top Right Form

NYS-45-ATT (5/01)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

60015112

0418-C025 NY  04007  TAXPAYER
UI Employer Registration Number  7056417  5
Withholding Identification Number  133549590  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:
Check applicable box(es):
B. Other wages only reported on this page
C. If seasonal employer, check box

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | ABAD PAUL | 0.00 | 4120.00 | 53.43 |
| 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 | ERRALLES GUSTAVO | 3620.00 | 13770.00 | 259.32 |
| 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 | RODRIGUEZ JUNIOR | 3370.00 | 12730.00 | 64.15 |
| 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 | GOMEZ HERNAN | 4018.00 | 16558.50 | 263.17 |
| 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 | SERRANO TEODORO | 0.00 | 7020.00 | 52.52 |
| 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 | PORRAS FRANCISCO | 920.00 | 32100.00 | 254.31 |
| 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 | ROJAS FREDDY | 3040.00 | 15540.00 | 228.70 |
| 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 | ROJAS LUIS JAVIER | 4102.50 | 32446.50 | 344.02 |
| 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 | RESSACA ASHRAF | 220.00 | 2640.00 | 6.56 |
| 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 | CARANCHO JULIO | 4670.00 | 17920.00 | 556.54 |
| 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 | TODD ALEXANDER | 3300.00 | 13520.00 | 258.28 |
| 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 | GUZMAN JORGE I | 3580.00 | 12107.00 | 107.84 |
| 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 | GIRGIS MICHEL | 2620.00 | 12525.00 | 226.58 |
| 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 | CAMACHO JOHN | 2860.00 | 5940.00 | 111.00 |

Page No. 8  of  10   Total this page only
If first page, enter grand totals of all pages

38158.50  159937.30  2875.28

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

PATCHEY, INC.
1175 JOHN STREET
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

16-1124156

---

## Bottom Left Form

NYS-45-ATT (5/01)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

60015112

0418-C025 NY  04007  TAXPAYER
UI Employer Registration Number  7056417  1
Withholding Identification Number  133549502  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:
Check applicable box(es):
B. Other wages only reported on this page
C. If seasonal employer, check box

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | CARDELL AUDREY | 4120.00 | 14810.00 | 312.34 |
| 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 | MONTOYA FRANCISCO J | 3280.00 | 12880.00 | 160.29 |
| 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 | ALTAMIRAND D FERNANDO | 3840.00 | 12240.00 | 320.66 |
| 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 | GRECLES WILMER | 3540.00 | 14593.00 | 384.20 |
| 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 | ENRIQUEZ MIGUEL | 2630.00 | 14550.00 | 235.55 |
| 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 | SANCHEN SALVADOR GUENHER | 3375.00 | 13123.00 | 228.44 |
| 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 | PEÑAFIEL WASHINGTON | 0.00 | 4445.00 | 90.08 |
| 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 | RODAS FRANCISCO | 3540.00 | 14503.00 | 278.60 |
| 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 | MENDEZ CARLOS H | 0.00 | 5510.00 | 69.73 |
| 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 | RODRIGUEZ DIANA | 5730.00 | 36594.00 | 1657.45 |
| 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 | MEDINA SEGUDO | 3510.00 | 5130.00 | 23.85 |
| 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 | BRAVO FREDDY | 0.00 | 11800.00 | 239.48 |
| 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 | CORONEL CHRISTIAN | 1040.00 | 5940.00 | 91.00 |
| 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 | DE CASTRO SERGIO | 4120.00 | 17645.00 | 453.88 |

Page No. 9  of  10   Total this page only
If first page, enter grand totals of all pages

41276.00  184539.00  4456.00

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

PATCHEY, INC.
1175 JOHN STREET
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

16-1124156

---

## Bottom Right Form

NYS-45-ATT (5/01)

**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment**

60015112

0418-C025 NY  04007  TAXPAYER
UI Employer Registration Number  7056417  5
Withholding Identification Number  133549590  1

Employer Legal Name
PARK IT MANAGEMENT CORP

A. This return covers the period indicated below:
Check applicable box(es):
B. Other wages only reported on this page
C. If seasonal employer, check box

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 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 | LOPEZ MARVIS | 485.00 | 480.00 | 11.68 |
| 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 | ASANASIOS ADEL | 440.00 | 7540.00 | 72.53 |
| 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 | IBRAHIM MARCOS S | 2733.50 | 13873.50 | 282.63 |
| 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 | JARAMILLO JOHN FREDDY | 3640.00 | 15120.00 | 304.18 |
| 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 | QUINTEROS SEGUNDO | 2560.00 | 11540.00 | 242.32 |

Page No. 10  of  10   Total this page only
If first page, enter grand totals of all pages

13253.50  43652.50  863.11

If you are using a paid preparer or a payroll service, the section below must be completed:

Paid Preparer's Use

PATCHEY, INC.
1175 JOHN STREET
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

16-1124156

CLIENT # 33274 O-2401-105321

Form 941
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service    4141

Employer's Quarterly Federal Tax Return
See separate instructions revised January 2003 for information on completing this return.
Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address

Name (as distinguished from trade name)
PARK IT MANAGEMENT CORP

Trade name, if any

Address (number and street)

Date quarter ended
09/30/03

Employer identification number
13-3549590

City, state, and ZIP code

T
FF
FP
I
TP

EMPLOYER COPY

If address is different from prior return, check here

1  Number of employees in the pay period that includes March 12th.
2  Total wages and tips, plus other compensation
3  Total income tax withheld from wages, tips, and sick pay
4  Adjustment of withheld income tax for preceding quarters of calendar year
5  Adjusted total of income tax withheld (line 3 as adjusted by line 4)
6  Taxable social security wages
   Taxable social security tips
7  Taxable Medicare wages and tips
8  Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax
9  Adjustment of social security and Medicare taxes
10 Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9)
11 Total taxes (add lines 5 and 10)
12 Advance earned income credit (EIC) payments made to employees
13 Net taxes (subtract line 12 from line 11)
14 Total deposits for quarter, including overpayment applied from a prior quarter
15 Balance due (subtract line 14 from line 13). See instructions
16 Overpayment. If line 14 is more than line 13, enter excess here

Third Party Designee

Sign Here
Signature  RAPHAEL YAZ    ATTORNEY IN-FACT, ON BEHALF OF
Print Name and Title  THE COMPUTAX, INC.    Date  10/31/03

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.
Cat. No. 17001Z
Form 941 (Rev. 1-2003)

---

CLIENT # 33274 O-1001-143835

EMPLOYER COPY

Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

UI Employer Registration Number    7966417  5

Withholding Identification Number    133949590  1

Employer Legal Name
PARK IT MANAGEMENT CORP

1. Total remuneration paid this quarter . . . . .    394241.00
2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 . . .    252000.00
3. Wages subject to contribution (line 1 minus line 2) . . .    142340.00
4. UI contributions due
   UI rate  2.525    3571.21
5. Re-employment service fund (multiply line 3 X .00075) . . . .    106.08
6. Enter UI previously underpaid with interest . . . .
7. Total of lines 4, 5, and 6 . . . .    3677.29
8. Enter UI previously overpaid . . . .
9. Total UI amounts due (line 7 is greater than line 8) . . . .    3677.29
10. Total UI overpaid . . . .
11. Apply to outstanding liabilities and/or refund . . . .

12. New York State income tax withheld . . . .    10095.44
13. Original New York City withheld . . . .    4625.02
14. Original Yonkers withheld . . . .    0.00
15. Total tax withheld (add lines 12, 13, and 14) . . . .    14920.46
16. WT credit from previous quarter's return (see instr.) . . .
17. WT-5 payments made this quarter . . . .    16716.93
18. Total payments (add lines 16 and 17) . . . .    16916.93
19. Total WT amount due (if line 15 is greater than line 18, enter difference) . . .    3.53
20. Total WT overpaid (if line 18 is greater than line 15, enter difference) . . .
21. Total amount (add lines 9 and 19). Make check payable to NYS Employment Taxes . . .    3689.82

AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX

Part C - Employee Wage and Withholding Information

(a) Social security no.    (b) Last name, first name, middle initial    Annual wage and withholding totals

Sign your return here I certify that the information on this return is to the best of my knowledge and belief true, correct and complete.

NYS-45 (2/03) (back)

---

SCHEDULE B (FORM 941)
(Rev. November 1998)
Department of the Treasury
Internal Revenue Service    5151

Employer's Record of Federal Tax Liability
See Circular E for more information about employment tax returns.
Attach to Form 941 or Form 941-SS.

OMB No. 1545-0029

Name as shown on Form 941 (or Form 941-SS)
PARK IT MANAGEMENT CORP

Employer identification number
13-3549590

Date quarter ended
09/30/03

You must complete this schedule if you are required to deposit on a semiweekly schedule, or if your tax liability on any day is $100,000 or more. Show tax liability here, not deposits. (The IRS gets deposit data from FTD coupons or EFTPS.)

A. Daily Tax Liability—First Month of Quarter

EMPLOYER COPY

1
2
3    10    17    24    31
4    8511.71 11    6602.84 18    7029.34
5    12    19    26
6    13    20    27
7    14    21    28
A. Total tax liability for first month of quarter    35087.55

B. Daily Tax Liability—Second Month of Quarter

1    5685.35 8    6692.46 15    6862.64 22    6745.28 29    6627.60
2    9    16    23    30
3    10    17    24    31
4    11    18    25
5    12    19    26
6    13    20    27
7    14    21    28
B. Total tax liability for second month of quarter

C. Daily Tax Liability—Third Month of Quarter

1    8    15    22    29    33915.33
2    9    16    23    30
3    10    17    24    31
4    11    18    25
5    6968.66 12    8512.29 19    26
6    13    20    27
7    14    21    28
C. Total tax liability for third month of quarter    33020.95
D Total for quarter (add lines A, B, and C). This should equal line 13 of Form 941 (or line 10 of Form 941-SS)    93033.88

For Paperwork Reduction Act Notice, see page 2.
Cat. No. 11967Q
Schedule B (Form 941) (Rev. 11-98)

---

CLIENT # 33274 O-1001-143835

EMPLOYER COPY

NYS-45
Withholding Identification Number  133949590  1

Part D - NYS-1 Corrections/Additions

Use Part D ONLY for corrections/additions to the quarter being reported in Part B of this return. To correct original withholding information reported on NYS-1(s) filed, complete columns (a), (b), (c) and (d). To report additional withholding information not previously submitted on NYS-1(s), complete ONLY columns (c) and (d). Lines 12-16 are the front of this return MUST reflect these corrections/additions.

| (a) Original Last Payroll Date Reported on Form NYS-1, Line A | (b) Original Total Withheld Reported on Form NYS-1, Line 4 | (c) Correct Last Payroll Date | (d) Correct Total Withheld |
|---|---|---|---|

Part E - Change of Business Information

22. If you are a new employer or have an address change, enter below the address at which you want to receive this form.

23. If you permanently ceased paying wages, enter the date (MMDDYY) of the final payroll . . . .

24. Did you sell or transfer all or part of your business?    Yes    No

If Yes, indicate if sale or transfer was in    Whole    or    Part.
Complete Form DTF-95, Change of Business Information, to report changes in Federal Identification Number/Withholding ID Number, ownership, business name, business activity, etc.

Paid Preparer's Use

Firm's name
COMPUTAX, INC.

Employer identification number
1055918627    103103

Preparer's social security number
352022495

Payroll service name
COMPUTAX NEW YORK, INC.

Payroll service's EIN
133920377

Checklist for mailing:
Mail to:
NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK, NY 10008-1417

NYS-45 (2/03) (back)

Reproduction watermark: "EMPLOYER COPY" / "MDI" / "PROVED" overlaid across forms

## Top-Left Form

CLIENT # 32274 O-1001-143835
NYS-45-ATT (8/01)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5 DGNT CORP. (32274)
Withholding Identification Number: 133943590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original _x_ or Amended Return
B. Other wages only reported on this page . . . .
C. If seasonal employer, check box . . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| DETAILED WAGE LISTING SUBMITTED ON MAGNETIC | | | | |
| TAPE FOR THE AMOUNT OF 394,340.52. | | | | |

Page No. 1 of 7  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . .

| Paid Preparer's Use | Preparer's signature | | Preparer's NY... | Date | Check if self-employed | Preparer's social security number |
|---|---|---|---|---|---|---|
| | | 7066417 5 | 3055918627 | 303103 | | |
| Preparer's firm name (or yours, if self-employed) | COMPUPAY, INC. | Address MIAMI, FL | | | | 592022496 |
| Payroll service name COMPUPAY NEW YORK, INC. | Payroll service address NEW YORK, NY | Mail to: N YS EMPLOYMENT TAXES CHURCH STREET STATION PO BOX 1413 NEW YORK NY 10008-1417 | | Payroll Service's EIN 133920377 |

## Top-Right Form

CLIENT # 32274 O-1001-143835
NYS-45-ATT (8/01)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133943590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original _x_ or Amended Return
B. Other wages only reported on this page . . . .
C. If seasonal employer, check box . . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| DO NOT FILE THIS PAGE OR FOLLOWING PAGES. | | | | |
| DETAILED WAGE LISTING SUBMITTED ON MAGNETIC | | | | |
| TAPE FOR THE AMOUNT OF 394,340.52. | | | | |
| 123741479 | ACEVEDO, JOHNY | 3325 00 | | |
| 093764704 | ACOSTA, FELIPE | 3600 00 | | |
| 030131556 | ALTAMIRANO, R. FERNANDO | 3920 00 | | |
| 130909562 | ALTAMIRANO, WILSON | 3560 50 | | |
| 300604336 | ALTMARANO, NELSON | 3397 50 | | |
| 047902264 | ANDRADE, GERMAN | 3900 00 | | |
| 616481230 | AGNARDIOS, ADEL | 1980 00 | | |
| 087893664 | ARIX, HADY FAYEK | 3360 00 | | |
| 128865893 | BALOCCHIA, RAFAEL MARIO | 450 00 | | |
| 077682776 | BARAUCHA, RAUL | 6700 00 | | |
| 109926939 | BEREANO... | 3640 00 | | |
| 076520869 | BEHIGHEZ, DAVID | 3640 00 | | |

Page No. 1 of 7  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . .

| Paid Preparer's Use | Preparer's signature | | Preparer's NY... | Date | Check if self-employed | Preparer's social security number |
|---|---|---|---|---|---|---|
| | | 7066417 5 | 3055918627 | 303103 | | |
| Preparer's firm name (or yours, if self-employed) | COMPUPAY, INC. | Address MIAMI, FL | | | | 592022495 |
| Payroll service name COMPUPAY NEW YORK, INC. | Payroll service address NEW YORK, NY | Mail to: N YS EMPLOYMENT TAXES CHURCH STREET STATION PO BOX 1413 NEW YORK NY 10008-1417 | | Payroll Service's EIN 133920377 |

## Bottom-Left Form

CLIENT # 32274 O-1001-143835
NYS-45-ATT (8/01)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133943590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original _x_ or Amended Return
B. Other wages only reported on this page . . . .
C. If seasonal employer, check box . . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 135069349 | BERMEO, ARTURO | | | |
| 136111801 | BESSADA, ASHRAF | 220 00 | | |
| 496349243 | BRAVO, FREDDY | 1460 00 | | |
| 313764937 | CAMACHO, JOHN | 3640 00 | | |
| 215231254 | CAMBELL, AUDREY | 3360 00 | | |
| 162448726 | CARANGUI, JULIO | 4080 00 | | |
| 051802221 | CARDENAS, JUAN WILFREDO | 2880 00 | | |
| 085500578 | CHERREZ, FERNANDO | 4200 00 | | |
| 116500587 | CHERREZ, RAFAEL | 5167 50 | | |
| 090802256 | COMPODAVO, JOSE | 2670 00 | | |
| 042545438 | CUMPULANG, JULIO CESAR | 3260 00 | | |
| 509227178 | CORONEL, CHRISTIAN | 3120 00 | | |
| 076950639 | CORONEL, WILSON FERNANDO | 2820 00 | | |
| 593477982 | DE CASTRO, SERGIO | 4080 00 | | |
| 098907047 | DE JESUS HIDALGO... | 3375 00 | | |
| 132843958 | DE REYES... | 3840 00 | | |

Page No. 2 of 7  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . .  49353 50

| Paid Preparer's Use | Preparer's signature | | Preparer's NY... | Date | Check if self-employed | Preparer's social security number |
|---|---|---|---|---|---|---|
| Preparer's firm name (or yours, if self-employed) | | Address | | | | |
| Payroll service name | Payroll service address | Mail to: N YS EMPLOYMENT TAXES CHURCH STREET STATION PO BOX 1413 NEW YORK NY 10008-1417 | | Payroll Service's EIN |

## Bottom-Right Form

CLIENT # 32274 O-1001-143835
NYS-45-ATT (8/01)
Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133943590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original _x_ or Amended Return
B. Other wages only reported on this page . . . .
C. If seasonal employer, check box . . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 052642079 | DUARTE, MANUEL | | | |
| 068696139 | DUGAN, RAFAEL | 3840 00 | | |
| 261996569 | ENRIQUEZ, MIGUEL | 3120 00 | | |
| 104543328 | EVANS, ALONZO | 4080 00 | | |
| 080783527 | FACTAN, ROBERTO | 1380 00 | | |
| 091638456 | FAJARDO, CYRAR | 3060 00 | | |
| 100745778 | FERNANDEZ, JUAN C | 560 00 | | |
| 066086227 | FILPO, RAUL | 2760 00 | | |
| 030051656 | GALLEGOS, TELMO | 4200 75 | | |
| 100101000 | GALVEZ, PATRICK | 1620 00 | | |
| 050640917 | GERBER, MITCHELL | 5100 00 | | |
| 057085929 | GERMOZEN, JOSE MIGUEL | 3610 00 | | |
| 055623169 | GHILAN, ASHRAR | 2760 00 | | |
| 181801395 | GIRSTO, MICHEL | 3120 00 | | |
| 144887369 | GONZALEZ HIDALGO... | 3720 00 | | |
| 130900875 | GONZALEZ, GIOVANNI | 2880 00 | | |

Page No. 3 of 7  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . .  40377 55

| Paid Preparer's Use | Preparer's signature | | Preparer's NY... | Date | Check if self-employed | Preparer's social security number |
|---|---|---|---|---|---|---|
| Preparer's firm name (or yours, if self-employed) | | Address | | | | |
| Payroll service name | Payroll service address | Mail to: N YS EMPLOYMENT TAXES CHURCH STREET STATION PO BOX 1413 NEW YORK NY 10008-1417 | | Payroll Service's EIN |

CLIENT # 32274 0-1001-143835
Case 1:04-cv-01512-RBD Document 8-6 Filed 11/05/2007 Page 17 of 24

## Form 1 (top left)

NYS-45-ATT (8/00)
Quarterly Combined Withholding, Wage Reporting
and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . . .
C. If seasonal employer, check box . . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) Total UI remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 322456783 | GONZALES, MILTON | | 2100 00 | |
| 342649361 | GRAPALES, GUSTAVO | | 2600 00 | |
| 125762483 | GUDIEL, VICTOR | | 3600 00 | |
| 204486661 | GUTMAN, GABRIEL CAIME | | 2060 00 | |
| 171760759 | GUZMAN, JORGE I. | | 3120 00 | |
| 324044326 | HABIB, SAMIR F. | | 4845 00 | |
| 093797850 | HERRERA, GERARDO | | 10164 38 | |
| 093748472 | IBRAHEM, MEDHAT | | 4320 00 | |
| 692156700 | IBRAHIM, MAROUJ S. | | 3360 00 | |
| 629054891 | JARAMILLO, JOHN FREDY | | 3520 00 | |
| 058728457 | JIMENEZ, FELIPE | | 2060 00 | |
| 041980434 | LOPEZ, JOSE V. | | 3360 00 | |
| 074959753 | LOYOLA, FREDY | | 2080 00 | |
| 123456782 | LUNA, DANIEL | | 2880 00 | |
| 057420892 | LUNA, WALTER | | 3040 00 | |
| 067808903 | MALDONADO | | 2720 00 | |

Page No. 4 of 7 Total this page only . . . . . . . 42699 36
If first page, enter grand total of all pages . . . . .

If you are using a paid preparer or a payroll service, the signer must complete this section.

## Form 2 (top right)

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) Total UI remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 067624504 | MALDONADO, RICARDO | | 2100 00 | |
| 093827830 | MARTE, VICTOR | | 6320 00 | |
| 461572277 | MEDINA, SEGUNDO | | 1350 00 | |
| 138080014 | MIKHALIEL, EHAB | | 3162 00 | |
| 113780927 | MIKHAIL, EYAD | | 2080 00 | |
| 123664711 | MONTALBANO, LORRAINE | | 4440 00 | |
| 253794356 | MONTOYA, FRANCISCO J. | | 2080 00 | |
| 086524660 | NIONES, JOEL | | 5613 76 | |
| 005264835 | ORDONEZ, ENRIQUE | | 2040 00 | |
| 012790691 | ORDONEZ, MARCELLO | | 2420 00 | |
| 051824531 | PAIDA, JOEL | | 2400 00 | |
| 125262672 | PENA, LOUIS FERNANDO | | 3120 00 | |
| 092825582 | PEREZ, CARLOS | | 200 00 | |
| 122440367 | PERLAZA, HORACIO | | 4050 00 | |
| 089768600 | POLANCO | | 2610 00 | |
| 148083403 | PORRATA, FRANCISCO | | 2410 00 | |

Page No. 5 of 7 Total this page only . . . . . 56370 76
If first page, enter grand total of all pages . . . .

If you are using a paid preparer or a payroll service, the signer must complete this section.

## Form 3 (bottom left)

CLIENT # 32274 0-1001-143835
NYS-45-ATT (8/00)
Quarterly Combined Withholding, Wage Reporting
and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) Total UI remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 093136009 | QUINTEROS, MANUEL | | 3120 00 | |
| 647329107 | QUINTEROS, SEGUNDO | | 3640 00 | |
| 092107436 | QUINTEROS, WILSON | | 1030 00 | |
| 133829159 | RAMIREZ, RICHARD A. | | 3040 00 | |
| 133806464 | RAYDEN, SEBASTIAN | | 3360 00 | |
| 502537901 | REYNALDO, ROBIN | | 3600 00 | |
| 050070741 | RIVERA, WALTER | | 2640 00 | |
| 033723412 | RODAS, FRANCISCO | | 3440 00 | |
| 420033726 | RODRIGUEZ, CEASA | | 8094 00 | |
| 343035035 | RODRIGUEZ, JUNIOR | | 2880 00 | |
| 349495981 | ROJAS, FREDDY | | 3600 00 | |
| 354162197 | ROJAS, LUIS JAVIER | | 3304 00 | |
| 030979519 | ROJAS, MARCELLO | | 1760 00 | |
| 097567837 | ROMERO, JORGE | | 3600 00 | |
| 055284185 | ROSALES | | | |
| 041066381 | SAENZ | | 4093 75 | |

Page No. 6 of 7 Total this page only . . . . . . . 51933 75
If first page, enter grand total of all pages . . . . .

If you are using a paid preparer or a payroll service, the signer must complete this section.

## Form 4 (bottom right)

CLIENT # 32274 0-1001-143835
NYS-45-ATT (8/00)
Quarterly Combined Withholding, Wage Reporting
and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) Total UI remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 300523735 | SANCHEZ, SALVADOR | | 2100 00 | |
| 093866513 | SANCHEZ, ALVARO | | 3840 00 | |
| 066563396 | SANCHEZ, SANTOS | | 2700 00 | |
| 138448951 | SERANO, RICARDO | | 2880 00 | |
| 156276970 | SISKINEL, THEODORO | | 260 00 | |
| 109456333 | SOUHY, HAFER | | 2020 00 | |
| 034507559 | SPINDLER, ADAM | | 5380 00 | |
| 113323393 | SPINDLER, FRED | | 6340 00 | |
| 074507190 | SPINDLER, GARY | | 41400 00 | |
| 976623191 | TIMEO, FRANCISCO | | 3600 00 | |
| 195097654 | TORO, ALIKANDER | | 3640 00 | |
| 237789035 | URATLES, WILMER | | 3360 00 | |
| 113782370 | YOUSSEF, TARAK | | 5330 00 | |

Page No. 7 of 7 Total this page only . . . . . . 83110 80
If first page, enter grand total of all pages . . . . .

If you are using a paid preparer or a payroll service, the signer must complete this section.

NYS-45 (1/01) Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

UI Employer
Registration Number    7066417  5

Withholding
Identification Number    133945590    1

Employer Legal Name
PARK IT MANAGEMENT CORP

This return covers the period indicated below.

Due Date: 10/31/03

93    93    100

**Part A - Unemployment Insurance (UI) Information**

| | |
|---|---|
| 1. Total remuneration paid this quarter | 394241 .00 |
| 2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | 252806 .00 |
| 3. Wages subject to contribution (subtract line 2 from line 1) | 141435 .00 |
| 4. UI contributions due. Your tax rate is 2.5255 % (multiply line 3 by .025255) | 3571.21 |
| 5. Re-employment service fund (multiply line 3 by .00075) | 106.08 |
| 6. UI previously underpaid with interest | |
| 7. Total of lines 4, 5, and 6 | 3677.29 |
| 8. Enter UI previously overpaid | |
| 9. Total UI amount due (line 7 less line 8 plus interest) | 3677.29 |
| 10. Total UI overpaid (line 8 less line 7 plus interest) | 0.00 |

**Part B - Withholding Tax (WT) Information**

| | |
|---|---|
| 12. New York State tax withheld | 10094.28 |
| 13. City of New York tax withheld | 4922.65 |
| 14. City of Yonkers tax withheld | 0.00 |
| 15. Taxes withheld (add line 12 through 14) | 14916.93 |
| 16. WT paid from previous quarter's return (as is) | 0.00 |
| 17. NYS-1 payments already made for this quarter | 14916.93 |
| 18. Total payments (add line 16 and 17) | 14916.93 |
| 19. Total WT amount due (line 15 less line 18 plus interest) | 0.00 |
| 20. Total WT overpaid (line 18 less line 15 plus interest) | 0.00 |
| 23a. Apply to outstanding liabilities and/or refund... or 23b. Credit to next quarter withholding tax | |

31. Total payment due (add line 9 and 19. Make one check payable to NYS Employment Taxes) ... 3677.29

**\* AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX**
Complete parts D and E on back of form, if required. This is a scannable form; please file the original.

**CLIENT COPY**

---

Form 941 (Rev. January 2003) Employer's Quarterly Federal Tax Return

Department of the Treasury Internal Revenue Service    4141

PARK IT MANAGEMENT CORP

Date quarter ended    06/30/03

Employer identification number    13-3945590

Address    250 W 26TH ST

**EMPLOYER COPY**

---

CLIENT # 32274 A-0630-100040

SCHEDULE B (FORM 941)    Employer's Record of Federal Tax Liability
(Rev. November 1989)    5151
Department of the Treasury
Internal Revenue Service

Attach to Form 941 or Form 941-SS.

Name as shown on Form 941 (or Form 941-SS)
PARK IT MANAGEMENT CORP

Employer identification number    13-3945590
Date quarter ended    06/30/03

**A. Daily Tax Liability--First Month of Quarter**

**EMPLOYER COPY**

A Total tax liability for first month of quarter    A    30483.43

**B. Daily Tax Liability--Second Month of Quarter**

B Total tax liability for second month of quarter    B    39474.19

**C. Daily Tax Liability--Third Month of Quarter**

**EMPLOYER COPY**

C Total tax liability for third month of quarter    C    28913.06
D Total for quarter (add lines A, B, and C). This should equal line 13 of Form 941 (or line 10 of Form 941-SS)    D    97868.68
For Paperwork Reduction Act Notice, see page 2.    Cat. No. 11967Q    Schedule B (Form 941) (Rev. 11-89)

---

CLIENT # 32274 O-0701-174021

NYS-45 (1/01) Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

UI Employer
Registration Number    7066417  5

Withholding
Identification Number    133945590    1

Employer Legal Name
PARK IT MANAGEMENT CORP

97    92    91

**Part A - Unemployment Insurance**

**EMPLOYER COPY**

| | |
|---|---|
| 1. Total remuneration paid this quarter | 429856.00 |
| 2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | 133705.00 |
| 3. Wages subject to contribution (line 1 minus line 2) | 296069.00 |
| 4. UI contributions due. Your tax rate is 2.5255 % | 7526.62 |
| 5. Re-employment service fund (multiply line 3 by .00075) | 223.56 |
| 7. Total of lines 4, 5, and 6 | 7750.18 |
| 8. Enter UI previously overpaid | |
| 9. Total UI amount due (line 7 less line 8 plus interest) | 7750.18 |

**Part B - Withholding Tax (WT) Information**

| | |
|---|---|
| 12. New York State tax withheld | 11706.11 |
| 13. City of New York tax withheld | 4697.20 |
| 14. City of Yonkers tax withheld | 0.00 |
| 15. Taxes withheld | 16403.31 |
| 17. NYS-1 payments made for quarter | 16391.76 |
| 18. Total payments (add line 16 and 17) | 16391.76 |
| 19. Total WT amount due | 11.55 |
| 21. Total payment due (add line 9 and 19. Make one check payable to NYS Employment Taxes) | 7751.73 |

**\* AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX**
This is a scannable form; please file the original.

**EMPLOYER COPY**

CLIENT # 32274-0-0701-174020
Withholding Identification Number: 133949590 1

**Part D - NYS-1 Corrections/Additions**

Use this Part D ONLY for corrections/additions to the quarter being reported in Part B of This return. To correct original withholding information reported on NYS-1at filed, complete columns (a), (b), (c) and (d). To report additional withholding information not previously submitted on NYS-1at, complete ONLY columns (a) and (d). Lines 13-18 on the front of this return MUST reflect these corrections/additions.

| (a) Last Payroll Date Reported on Form NYS-1, Line A (MMDD) | (b) Original Total Withheld Reported on Form NYS-1, Line 4 | (c) Correct Last Payroll Date (MMDD) | (d) Correct Total Withheld |
|---|---|---|---|

# EMPLOYER

# COPY

**Part E - Change of Business Information**

22. If you are a new employer or have an address change, enter below the address at which you want to receive this form.

Employer's trade name

c/o ☐   attn ☐ (please box if appropriate)

Street or PO Box

City                    State        ZIP code

If the above address is your paid preparer, check box . . . . ☐

23. If you permanently ceased paying wages, enter the date (MMDDYY) of the final payroll . . . .

24. Did you sell or transfer all or part of your business?   ◄ Yes   ◄ No

If Yes, indicate if sale or transfer was in   Whole   or   Part.
Complete Form DTF-95, Change of Business Information, to report changes in Federal Identification Number/Withholding ID Number, ownership, business name, business activity or address.

| Paid Preparer's Use | Preparer's signature | Preparer's Federal Identification Number | Date | Preparer's social security number |
|---|---|---|---|---|
| | | 3055918627 | 073103 | |
| Paid preparer's name | COMPUTAX, INC. | | | |
| | | | | 592022495 |
| Payroll service name | COMPUTAX NEW YORK, INC. | | | 133930377 |

Checklist for mailing:
• File original return and preparer copy for your records
• Complete Boxs B and 1B to ensure proper credit of payment
• Enter Withholding ID Number on your check
• Make check payable to NYS Employment Taxes
• Use enclosed envelope for mailing completed return and check
• Enter your telephone number in boxes provided on front.

Mail to:
NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

Need help or Forms? Call 1 800 972-1233

NYS-45 (6/99) (Back)

---

NYS-45-ATT (9/99)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5   COMP CORP. (32274)
Withholding Identification Number: 133949590 1

Employer Legal Name:
PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
Jan 1-/Mar 31 ☒   Apr 1-/Jun 30 ☐   Jul 1-/Sep 30 ☐   Oct 1-/Dec 31 ☒   Tax Year
1   2   3   4   Y Y
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding |
|---|---|---|---|

DETAILED WAGE LISTING SUBMITTED ON MAGNETIC

TAPE FOR THE AMOUNT OF 429,455.66.

Page No. __1__ of __1__  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . . . .
If you are using a paid preparer or a payroll service, the section below must be completed.

| Paid Preparer's Use | Preparer's signature | Preparer's Federal Identification Number | Date | Preparer's social security number |
|---|---|---|---|---|
| | | 3055918627 | 073103 | |
| Payroll service name | COMPUTAX, INC. | MIAMI, FL | | 592022495 |
| | | | | 133930377 |

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

---

CLIENT # 32274 0-0701-174021
NYS-45-ATT (9/99)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name:
PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
Jan 1-/Mar 31 ☒   Apr 1-/Jun 30 ☐   Jul 1-/Sep 30 ☐   Oct 1-/Dec 31 ☒   Tax Year
1   2   3   4   Y Y
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding |
|---|---|---|---|
| * DO NOT FILE THIS PAGE OR FOLLOWING PAGES. * | | | |
| * DETAILED WAGE LISTING SUBMITTED ON MAGNETIC * | | | |
| * TAPE FOR THE AMOUNT OF 429,455.66. * | | | |
| 133923781 | ABAD, PAUL | 2100 00 | |
| 123742479 | ACEVEDO, JOHNY | 3640 00 | |
| 091764784 | ACOSTA, FELIPE | 4800 00 | |
| 234567890 | ALTAMIRANO, R. FERNANDO | 3640 00 | |
| 130908582 | ALTAMIRANO, WILSON | 584 50 | |
| 108908336 | ALTAMIRANO, HELKEN | 2880 00 | |
| 047902344 | ANDRADE, GERMAN | 3705 00 | |
| 067924908 | ASTORILLO, WILLIAM | 1200 00 | |
| 097283564 | AXIX, MARY PAYEX | 3640 00 | |
| 120805890 | BALDOCEDA, RAFAEL MARIO | 3640 00 | |
| 077682776 | BARAHONA, | | |
| 086840071 | BARETTO, | 3380 00 | |

Page No. __1__ of __7__  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . . . .
If you are using a paid preparer or a payroll service, the section below must be completed.

| Paid Preparer's Use | Preparer's signature | Preparer's Federal Identification Number | Date | Preparer's social security number |
|---|---|---|---|---|
| | | 3055918627 | 073103 | |
| Payroll service name | COMPUTAX, INC. | MIAMI, FL | | 592022495 |
| COMPUTAX NEW YORK, INC. | NEW YORK, NY | | | 133923377 |

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

---

CLIENT # 32274 0-0701-174022
NYS-45-ATT (9/99)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1

Employer Legal Name:
PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
Jan 1-/Mar 31 ☒   Apr 1-/Jun 30 ☐   Jul 1-/Sep 30 ☐   Oct 1-/Dec 31 ☒   Tax Year
1   2   3   4   Y Y
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding |
|---|---|---|---|
| 076020062 | BUENDONG, ELVIS | | |
| 496349343 | BRAVO, FREDDY | 4940 00 | |
| 215333354 | CANDELL, AUDREY | 3360 00 | |
| 152440726 | CARANGUI, JULIO | 4420 00 | |
| 051002321 | CARDENAS, IVAN WILFREDO | 3600 00 | |
| 067897856 | CASTILLO, FABIAN | 960 00 | |
| 089560578 | CHERRES, FERNANDO | 4340 00 | |
| 118509087 | CHERRES, RAFAEL | 5935 00 | |
| 213744537 | CHUQUIN, JOHN | 225 00 | |
| 042545438 | CHUQUIANO, JULIO CESAR | 3380 00 | |
| 005237178 | CORONEL, CHRISTIAN | 3540 00 | |
| 076900639 | CORONEL, WILSON FERNANDO | 3120 00 | |
| 101809433 | CRUZ, FREDDY A. | 800 00 | |
| 593477902 | DE CASTRO, SERGIO | 4420 00 | |
| 050907347 | DE JESUS, | | |
| 121842958 | DE LEON, | 4160 00 | |

Page No. __2__ of __7__  Total this page only . . . . . .
If first page, enter grand total of all pages . . . . . . . . . . .
If you are using a paid preparer or a payroll service, the section below must be completed.

| Paid Preparer's Use | Preparer's signature | Preparer's Federal Identification Number | Date | Preparer's social security number |
|---|---|---|---|---|
| | | 3055918627 | 073103 | |
| Payroll service name | COMPUTAX, INC. | | | 592022495 |

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

## Top Left

CLIENT # 32274 O-0701-174021
NYS-45-ATT (5/98)

Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original X or Amended Return
B. Other wages only reported on this page
C. If seasonal employer, check box

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 052642079 | DUARTE, MANUEL | 7373 00 | | |
| 065606139 | DURAN, RAFAEL | 4320 00 | | |
| 261996569 | ENRIQUEZ, MIGUEL | 3380 00 | | |
| 104543328 | EVANS, ALFRED | 5790 00 | | |
| 091638456 | FAJARDO, CESAR | 3120 00 | | |
| 107909137 | FERRER, ROBINSON J. | 3480 00 | | |
| 066886032 | FILJO, RAUL | 2990 00 | | |
| 030051656 | GALLEGOS, TEUFO | 4320 50 | | |
| 050640917 | GERNES, MITCHELL | 5825 00 | | |
| 065623388 | GHULAM, ASHGAR | 8830 00 | | |
| 381803299 | GIRGIS, MICHEL | 3240 00 | | |
| 344807369 | GOMEZ, HERMAN | 3790 00 | | |
| 300800875 | GONZALES, GIOVANNI | 3120 00 | | |
| 123456709 | GONZALEZ, HILTON | 10400 00 | | |
| 142649361 | GRANILLO | 10400 00 | | |
| 125762408 | | 3920 00 | | |

Page No. 1 of 7 Total this page only
If first page, enter grand total of all pages
If you are using a paid preparer or a payroll service, the section must be completed

Paid Preparer's Use

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

## Top Right

CLIENT # 32274 O-0701-174021
NYS-45-ATT (5/98)

Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original X or Amended Return
B. Other wages only reported on this page
C. If seasonal employer, check box

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 104406661 | GUZMAN, GABRIEL | 3380 00 | | |
| 171769259 | GUZMAN, JORGE F. | 3367 00 | | |
| 124084336 | HABIB, SAMIR F. | 6268 75 | | |
| 323445561 | HINAO, JULIO | 3970 00 | | |
| 093707050 | HERRERA, GERARDO | 7373 00 | | |
| 093748472 | IBRAHEM, NISMAT | 4680 00 | | |
| 622156700 | IBRAHIM, MARCOS E. | 3990 00 | | |
| 629054591 | JARAMILLO, JOHN FREDY | 3640 00 | | |
| 061880474 | LOPEZ, JOSE V. | 3640 00 | | |
| 074263753 | LOYOLA, FERDY | 3120 00 | | |
| 123456781 | LUNA, DANIEL | 3600 00 | | |
| 098676754 | LUNA, WALTER | 1920 00 | | |
| 057430092 | LUNA, WALTER | 4200 00 | | |
| 067805903 | MALDONADO, MARCOS | 3120 00 | | |
| 057624504 | MALDONADO | | | |
| 093227430 | MARTINEZ | 3147 00 | | |

Page No. 4 of 7 Total this page only
If first page, enter grand total of all pages

Paid Preparer's Use

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

## Bottom Left

CLIENT # 32274 O-0701-174021
NYS-45-ATT (5/98)

Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original X or Amended Return
B. Other wages only reported on this page
C. If seasonal employer, check box

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 267091250 | MENDEZ, CARLOS H. | | | |
| 123060997 | MIKHAIL, EMAD | 3360 00 | | |
| 124564712 | MOSTALBANO, LORRAINE | 4930 00 | | |
| 231794956 | MOITOYA, FRANCISCO J. | 3360 00 | | |
| 086634660 | MORES, JOEL | 7173 00 | | |
| 065364633 | ORDONES, ENRIQUE | 3660 00 | | |
| 133547043 | PARRA, ENRIQUE | 5187 00 | | |
| 125269572 | PENA, LOUIS FERNAND | 3380 00 | | |
| 300746260 | PFDAFIEL, WASHINGTON | 310 50 | | |
| 092829592 | PERES, CARLOS | 3360 00 | | |
| 122840387 | PERLAZA, HORACIO | 4493 78 | | |
| 048054620 | PINOS, WALTER | 1920 00 | | |
| 099760600 | POLANCO, VICTOR | 2880 00 | | |
| 148889403 | PORRAS, FRANCISCO | 3360 00 | | |
| 030138609 | QUINONES | | | |
| 647139107 | QUINONES | | | |

Page No. 5 of 7 Total this page only
If first page, enter grand total of all pages

Paid Preparer's Use

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

## Bottom Right

CLIENT # 32274 O-0701-174021
NYS-45-ATT (5/98)

Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original X or Amended Return
B. Other wages only reported on this page
C. If seasonal employer, check box

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 097823312 | RAMIREZ, JORGE | | | |
| 113929159 | RAMIREZ, RICHARD A. | 4060 00 | | |
| 123906494 | RANDON, SEBASTIAN | 3380 00 | | |
| 133501232 | RIVERA, HENRY | 3600 00 | | |
| 090779741 | RIVERA, WALTER | 3860 00 | | |
| 333722242 | ROAS, FRANCISCO | 3640 00 | | |
| 458232736 | RODRIGUEZ, DIXMA | 9232 00 | | |
| 163025635 | RODRIGUEZ, JUNIOR | 3120 00 | | |
| 149495981 | ROJAS, FREDDY | 3950 00 | | |
| 154363397 | ROJAS, LUIS JAVIER | 3640 00 | | |
| 097687627 | ROMERO, JORGE | 3300 00 | | |
| 055224135 | ROMERO, VIRGILIO | 240 00 | | |
| 087824646 | SALAZAR, OSCAR | 3240 00 | | |
| 300523729 | SANCHEZ, SALVADOR GUTIERR | 3120 00 | | |
| 093866513 | SANCHEZ | | | |
| 060063895 | SANCHEZ | | | |

Page No. 6 of 7 Total this page only
If first page, enter grand total of all pages

Paid Preparer's Use

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

EMPLOYER COPY

## NYS-45-ATT — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

Check applicable box(es):
A. Original □ or Amended Return

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 333945990 1

Employer Legal Name: PARK IT MANAGEMENT CORP

B. Other wages only reported on this page □
C. Seasonal employer, check box □

### Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name, middle initial | (c) Total UI remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 119448951 | GERARD, RICARDO | | 5580 00 | |
| 146276970 | SERRANO, THEODORE | | 3120 00 | |
| 109654321 | SOSSY, HATER | | 3300 00 | |
| 094587659 | SPINDLER, ADAM | | 5260 00 | |
| 133323391 | SPINDLER, FRED | | 7129 20 | |
| 094583198 | SPINDLER, GARY | | 44250 00 | |
| 076623193 | TIRED, FRANCISCO | | 4325 00 | |
| 161097654 | TORO, ALEXANDER | | 2860 00 | |
| 237706038 | UNRELSE, WILMER | | 3640 00 | |
| 337762276 | YUGESEF, ISAAK | | 6637 50 | |

Page No. 7 of 7. Total this page only . . . . . . 86621 70

If you are using a paid preparer or a payroll service, the section below must be completed.

Paid Preparer's

---

## Form 941 — Employer's Quarterly Federal Tax Return

PARK IT MANAGEMENT CORP
Date quarter ended 03/31/03
Employer Identification Number 33-3349590
Address 250 W 26TH ST
City, state, and ZIP code

1 Number of employees . . . . . . . 94
2 Total wages and tips, plus other compensation . . . . . . .
3 Total income tax withheld from wages, tips, and sick pay . . . . 437774.02
4 Adjustment of withheld income tax for preceding quarters . . . 30218.75
5 Adjusted total of income tax withheld . . . . . . .
6 Taxable social security wages . . 437774.02 × 12.4% (.124) = 30218.75
  Taxable social security tips . . . × 12.4% (.124) =
7 Taxable Medicare wages and tips . 437774.02 × 2.9% (.029) = 12695.45
8 Total social security and Medicare taxes . . . . . . . 12695.45
9 Adjustment of social security and Medicare taxes . . . . . 66939.43
10 Adjusted total of social security and Medicare taxes . . . . 66939.43
11 Total taxes . . . . . . . . . 66939.70
12 Advance earned income credit (EIC) payments . . . . . 97159.45
13 Net taxes . . . . . . . . . 0.00
14 Total deposits for quarter . . . . 97159.45

Sign Here — RAPHAEL EALE   ATTORNEY IN-FACT, ON BEHALF OF COMPANY, INC.   Date 04/30/03

---

## SCHEDULE B (FORM 941) — Employer's Record of Federal Tax Liability

5151
Name as shown on Form 941 PARK IT MANAGEMENT CORP
Employer Identification Number 33-3349590
Date quarter ended 03/31/03

### A. Daily Tax Liability—First Month of Quarter

A Total tax liability for first month of quarter . . . 37931.77

### B. Daily Tax Liability—Second Month of Quarter

7065.07 14   7591.89 21   7376.41 28   7289.39
B Total tax liability for second month of quarter . . . A 29321.76

### C. Daily Tax Liability—Third Month of Quarter

9771.24 14   5177.07 21   7379.66 28   7927.97
C Total tax liability for third month . . . .
D Total for quarter (add lines A, B, and C). This should equal line 13 of Form 941 . . . D 29945.92  97159.45

---

## NYS-45 — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 333945990 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Number of Employees: 95   96   94

### Part A - Unemployment Insurance

| | | |
|---|---|---|
| 1. Total remuneration paid this quarter | 437774.00 | |
| 2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | | 10468.70 |
| 3. Wages subject to contribution (line 1 minus line 2) | | 4752.61 |
| 4. UI contributions due | | 0.00 |
| 5. Enter UI previously underpaid with prior return | 298.04 | 15221.31 |
| 7. Total of lines 4, 5, and 6 | 10333.24 | 15221.31 |
| 9. Enter UI previously overpaid | | 15221.31 |
| 9. Total UI amount due | 10333.24 | |
| 11. Total amount due | | 10332.24 |

**AN OVERPAYMENT OF EITHER TAX CAN BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX**

### Part C - Employee Wage and Withholding Information

EMPLOYER COPY

CLIENT # 33274 A-0331-101351

**Part D - NYS-1 Corrections/Additions**

EMPLOYER

COPY

Part E - Change of Business Information

22. If you are a new employer or have an address change, enter below the address at which you want to receive this form.

23. If you permanently ceased paying wages, enter the date (MMDDYY) of the final payroll . . . .

24. Did you sell or transfer all or part of your business?   Yes   No

Paid Preparer's Use

EMPLOYER COPY

COMPUPAY, INC.

NYS-45 (9/98) (back)

---

NYS-45-ATT (9/98)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

DETAILED WAGE LISTING SUBMITTED ON MAGNETIC

TAPE FOR THE AMOUNT OF 437,774.00.

Page No. __1__ of __1__

Paid Preparer's Use: COMPUPAY, INC.   MIAMI, FL

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

---

CLIENT # 33274 A-0331-101351
NYS-45-ATT (9/98)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| Social security no. | Last name, first name, middle initial | Total UI remuneration | Gross wages subject to withholding | Total tax withheld |
|---|---|---|---|---|
| | * DO NOT FILE THIS PAGE OR FOLLOWING PAGES. | | | |
| | * DETAILED WAGE LISTING SUBMITTED ON MAGNETIC | | | |
| | * TAPE FOR THE AMOUNT OF 437,774.00. | | | |
| 339383761 | ABAD, PAUL | 3300 00 | | |
| 323741479 | ACEVEDO, JERRY | 3640 00 | | |
| 091764784 | ACOSTA, FELIPE | 3900 00 | | |
| 234567893 | ALTAMIRANO, R. FERNANDO | 560 00 | | |
| 136908582 | ALTAMIRANO, WILSON | 4670 50 | | |
| 013098237 | ALVAREZ, JORGE | 240 00 | | |
| 047902344 | AMPARDE, GERMAN | 3660 00 | | |
| 067824908 | ARIZUDILLO, WILLIAM | 3120 00 | | |
| 007021664 | AXIX, NACY FAYEX | 4290 00 | | |
| 077693776 | BARANNUA, RAUL | 7150 00 | | |
| 085840071 | BARBIERI, WILLIAM | 3120 00 | | |
| 073907039 | BAEZ | 3120 00 | | |

Page No. __1__ of __7__   Total this page only . . . . . .   39742 50

Paid Preparer's Use: COMPUPAY, INC.   MIAMI, FL

---

CLIENT # 33274 A-0331-101351
NYS-45-ATT (9/98)
**Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment**

UI Employer Registration Number: 7066417 5
Withholding Identification Number: 133949590 1
Employer Legal Name: PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original x or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| Social security no. | Last name, first name, middle initial | Total UI remuneration | Gross wages subject to withholding | Total tax withheld |
|---|---|---|---|---|
| 074830869 | REDCORN, ELVIS | 1320 00 | | |
| 496349343 | BRAVO, FREDDY | 5480 00 | | |
| 215233284 | CAMELLO, AUBREY | 3640 00 | | |
| 162448736 | CARAMOIT, JULIO | 4420 00 | | |
| 051803211 | CARDENAS, IVAN WILFREDO | 3120 00 | | |
| 067897958 | CASTILLO, FABIAN | 3120 00 | | |
| 085500578 | CHERRES, FERNANDO | 4180 00 | | |
| 135008047 | CHERRES, RAFAEL | 6690 00 | | |
| 042545430 | COMPUTANO, JULIO CESAR | 3380 00 | | |
| 076930639 | CORONEL, WILSON FERNANDO | 3120 00 | | |
| 035668712 | CORREA, RAUL | 2320 00 | | |
| 101805433 | CRUZ, FREDDY A. | 4800 00 | | |
| 094865811 | DAROOD, HARSHAT P. | 1250 00 | | |
| 098907047 | DE JESUS JIMENEZ, JAVIER | 3120 00 | | |
| 123043958 | DE | 4250 00 | | |
| 052642079 | | 4250 00 | | |

Page No. __2__ of __7__   Total this page only . . . . . .   60320 00

Paid Preparer's Use: COMPUPAY, INC.

CLIENT # 32274 A-0331-101351

## NYS-45-ATT (9/95) — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

**UI Employer Registration Number:** 7066417 5
**Withholding Identification Number:** 133949599 1
**Employer Legal Name:** PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 065686139 | DURAN, RAFAEL | 10 00 | | |
| 261996569 | ENRIQUEZ, MIGUEL | 4155 00 | | |
| 104542339 | EVANS, CESAR | 4430 00 | | |
| 091638456 | FAJARDO, CESAR | 3120 00 | | |
| 073626272 | FERNANDEZ, PETER | 8000 00 | | |
| 267809337 | FERRER, ROBINSON J. | 3120 00 | | |
| 060860022 | FILIPO, RAUL | 2890 00 | | |
| 030053656 | GALLEGOS, TELMO | 5162 50 | | |
| 125029076 | GARCIA, ARIEL | 690 00 | | |
| 050440917 | GERBER, MITCHELL | 5525 00 | | |
| 065623388 | GHULAM, ASGHAR | 7250 00 | | |
| 181909299 | GIRGIS, MICHEL | 3785 00 | | |
| 144887369 | GOMES, HERMAN | 3676 00 | | |
| 200890875 | GONZALES, GIOVANNI | 3120 00 | | |
| 132456789 | GONZALEZ | 3195 00 | | |
| 142649361 | GRANADOS, GUSTAVO | 3380 00 | | |

Page No. 3 of 7 — Total this page only: 72981 50

---

## NYS-45-ATT (9/95) — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

**UI Employer Registration Number:** 7066417 5
**Withholding Identification Number:** 133949599 1
**Employer Legal Name:** PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 125762489 | GUDIEL, WALTER | | | |
| 104486661 | GUZMAN, GABRIEL | 3385 00 | | |
| 171768359 | GUZMAN, JORGE F. | 1780 00 | | |
| 324284328 | HABIB, SAMIR F. | 5395 00 | | |
| 121445561 | HERAO, JULIO | 4350 00 | | |
| 093707050 | HERRERA, GERARDO | 6730 96 | | |
| 083748473 | IBRAHIM, MISHAT | 6400 00 | | |
| 622156700 | IBRAHIM, MARCOS S. | 3500 00 | | |
| 624054891 | JARAMILLO, JOHN FREDY | 3640 00 | | |
| 058726457 | JIMENEZ, FELIPE | 1040 00 | | |
| 078656623 | LOPEZ, GEORGE ROZAS | 1680 00 | | |
| 053280424 | LOPEZ, JOSE V. | 3640 00 | | |
| 074569733 | LOYOLA, FREDY | 2160 00 | | |
| 123456789 | LIRA, DANIEL | 3320 00 | | |
| 098676954 | LIRA | | | |
| 057630892 | LIRA | 3640 00 | | |

Page No. 4 of 7 — Total this page only: 58537 96

---

CLIENT # 32274 A-0331-101351

## NYS-45-ATT (9/95) — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

**UI Employer Registration Number:** 7066417 5
**Withholding Identification Number:** 133949599 1
**Employer Legal Name:** PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 067826903 | MALDONADO, MARCOS | | | |
| 067624504 | MALDONADO, RICARDO | 7050 00 | | |
| 091937030 | MARTE, VICTOR | 7105 00 | | |
| 335569926 | MELENDEZ, PEDRO | 2455 84 | | |
| 367091268 | MENDEZ, CARLOS H | 3770 00 | | |
| 323886927 | MIDKAL, EDAD | 3220 00 | | |
| 124564713 | MONTALBANO, LORRAINE | 4810 00 | | |
| 231794956 | MONTOYA, FRANCISCO J. | 3120 00 | | |
| 085624660 | MOUSE, JOEL | 7050 00 | | |
| 593477982 | NASCIMENTO, SERGIO N. | 4420 00 | | |
| 065364635 | ORDONEZ, DIANA | 3860 00 | | |
| 313547043 | PARRA, ENRIQUE | 5109 00 | | |
| 135268672 | PENA, LUIS FERNANDO | 3380 00 | | |
| 300745260 | PENAFIEL, WASHINGTON | 4112 50 | | |
| 092839582 | PEREZ, CARLOS | 5840 00 | | |
| 122440387 | PERDOMO | 4340 90 | | |

Page No. 5 of 7 — Total this page only: 67280 74

---

## NYS-45-ATT (9/95) — Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment

**UI Employer Registration Number:** 7066417 5
**Withholding Identification Number:** 133949599 1
**Employer Legal Name:** PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original ☒ or Amended Return
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . .

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 048054420 | PINOS, WALTER | | | |
| 148883403 | PORRAS, FRANCISCO | 4620 00 | | |
| 647129107 | QUINTEROS, SEGUNDO | 2860 00 | | |
| 087823332 | RAMIREZ, JORGE | 1680 00 | | |
| 113829159 | RAMIREZ, RICARDO A. | 4800 00 | | |
| 323906494 | RARICO, SABASTIAN | 3380 00 | | |
| 132901232 | RIVERA, HENRY | 3220 00 | | |
| 090779741 | RIVERA, WALTER | 3320 00 | | |
| 333722442 | ROJAS, FRANCISCO | 3640 00 | | |
| 458332726 | RODRIGUEZ, DIANA | 9220 00 | | |
| 343025635 | RODRIGUEZ, JUNIOR | 3320 00 | | |
| 145495901 | ROJAS, FREDDY | 3900 00 | | |
| 154152197 | ROJAS, LUIS JAVIER | 1120 00 | | |
| 200523716 | SANCHEZ, SALVADOR GUERRERO | 3700 00 | | |
| 091866513 | SANCHEZ | | | |
| 046963895 | SANCHEZ, DAVID | 3300 00 | | |

Page No. 6 of 7 — Total this page only: 57280 00

Mail to: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417

CLIENT # 32274 A-0331-103352

(a) Employer Registration Number: 7066417 5
Withholding Identification Number: 133949599 1

Employer Legal Name:
PARK IT MANAGEMENT CORP

Check applicable box(es):
A. Original _x_ or Amended Return
X  Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax Year
1    2    3    4    Y Y
B. Other wages only reported on this page . . .
C. If seasonal employer, check box . . . . . . . .

Quarterly employee/payee wage reporting information

| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 119826344 | SANAF, SAIF EL | 3370 00 | | |
| 338440951 | SERANO, RICARDO | 3129 00 | | |
| 146276979 | SERRANO, TEODORO | 3640 00 | | |
| 109654321 | SORRY, NADER | 2860 00 | | |
| 094587559 | SPINDLER, ADAM | 5520 00 | | |
| 233323331 | SPINDLER, FRED | 1094 80 | | |
| 094587199 | SPINDLER, GARY | 44850 00 | | |
| 076623191 | TINEO, FRANCISCO | 4825 00 | | |
| 165097651 | TORO, ALEXANDER | 3380 00 | | |
| 237789035 | UREILES, WILMER | 3640 00 | | |
| 117782170 | YOUSSEF, TARAK | 5557 50 | | |

Page No. 7 of 7. Total this page only . . . . . . . 78325 30
If first page, enter grand total of all pages . . . . . . . . . .

Paid Preparer's Use

MAIL TO: NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417