UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X      05 Civ. 2272 (GBD)
JHONY SANTIAGO CABRERA, Individually
and on behalf of others similarly situated,

                              Plaintiffs,      **NOTICE OF MOTION**

        -against-

211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
PARK IT MANAGEMENT CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" WHITE, and
ROY BERNARD,
                              Defendants.
------------------------------------------------------------X


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Francisco Rodas, Individually
and on behalf of others similarly situated,      07 Civ. 7313 (GBD)

                              Plaintiff,

        -against-

PARK IT MANAGEMENT CORP.,
 211 GARAGE CORP., 301 PARK CORP.,
221 THOMPSON STREET PARK CORP.,
UNKNOWN CORPORATIONS "A-Z"
FRED "FREDDY" SPINDLER aka
FRED "FREDDY" WHITE, ROY SHOMBER
aka ROY BERNARD, and MITCHELL GERBER,

                              Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Michael Shen, and all prior pleadings and proceedings herein, the undersigned attorneys for Plaintiffs will move this Court at such time as the Court may designate pursuant to its rules at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, to circulate a Notice of Pendency and Consent to Join to

parking attendants pursuant to 29 U.S.C. § 216(b), and for class certification pursuant to Fed. R. Civ. P 23(a) and (b)(3).

Dated:     New York, New York
           November 6, 2007

                                **MICHAEL SHEN & ASSOCIATES, P.C.**

By:     /s/

        MICHAEL SHEN
        *Attorney for Plaintiffs*
        225 Broadway - Suite 2515
        New York, New York  10007
        (212) 227-0300