## CERTIFICATE OF SERVICE

I hereby certify that on the 29TH day of February, 2008, the foregoing **DECLARATION** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

Michael Shen, Esq.
Attorneys for Plaintiff
225 Broadway – Suite 2515
New York, NY  10007
(212) 222-0300

_____
Douglas E. Rowe (DER 6261)

1961274.1